**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Cloudbreak Entertainment, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **95-4778139** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2958 Exposition Blvd.**<br>**Santa Monica, CA 90404**<br>Number, Street, City, State & ZIP Code | **11812 San Vicente Blvd.**<br>**Suite 200**<br>**Los Angeles, CA 90049**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Los Angeles**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership

☐ Other. Specify: _____

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.

_____

**8.** **Under which chapter of the Bankruptcy Code is the Debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | | Relationship to you | |
|---|---|---|---|---|
| District | | When | Case number, if known | |

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:* |
|---|---|---|

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No |
|---|---|---|

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

| 13. | **Debtor's estimation of available funds** | . | *Check one:* |
|---|---|---|---|

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

| 14. | **Estimated number of creditors** | ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|---|
| | | ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| | | ☐ 200-999 | | |

| 15. | **Estimated Assets** | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|
| | | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| 16. | **Estimated liabilities** | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|
| | | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**Request for Relief, Declaration, and Signature**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12 / 01 / 2015
             MM / DD / YYYY

X _Conrad VU_____          Conrad Riggs
Signature of authorized representative of debtor       Printed name

Title   President

18. Signature of attorney

X _____          Date  12 / 1 / 15
Signature of attorney for debtor                MM / DD / YYYY

Jeremy V. Richards
Printed name

Pachulski Stang Ziehl & Jones LLP
Firm name

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067-4003
Number, Street, City, State & ZIP Code

Contact phone   310-277-6910        Email address

CA Bar No. 102300
Bar number and State

# CLOUDBREAK ENTERTAINMENT, INC.

## Unanimous Written Consent of the Board of Directors

### December 1, 2015

The undersigned, being the sole member of the Board of Directors (the "Board") of Cloudbreak Entertainment, Inc., a California corporation (the "Company"), hereby consents, pursuant to Section 307(b) of the California General Corporation Law, to the adoption of the following resolutions:

## I.      Chapter 11

**WHEREAS**, the Board has considered the financial and operational aspects of the Company's business; and

**WHEREAS**, the Board has reviewed the historical performance of the Company, the projected cash flows of the Company, and the current and long-term liabilities of the Company;

**NOW, THEREFORE, BE IT:**

**RESOLVED**, that in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and it is further

**RESOLVED**, that the executive officers of the Company, (each, an "Authorized Signatory") are, and each Authorized Signatory acting alone is, authorized and directed on behalf of the Company to execute, verify and file all petitions, schedules, lists, and other papers or documents, and to take and perform any and all further actions and steps that any such Authorized Signatory deems necessary, desirable and proper in connection with the Company's chapter 11 case, with a view to the successful prosecution of such case; and it is further

**RESOLVED**, without limitation of the foregoing, each Authorized Officer is hereby further authorized to appear and represent the Company in the Company's bankruptcy case and make decisions with respect to all aspects of the prosecution of the Company's bankruptcy case, including, but not limited to, bankruptcy-related reporting requirements, filing of Statement of Financial Affairs, Schedule of Assets and Liabilities, a chapter 11 plan and related disclosure statement, claims management, managing outside professionals and such other aspects as he may identify, in such manner as he may deem necessary or appropriate in his reasonable discretion, subject to further appropriate governance by the Board, and in accordance with the Company's bylaws, applicable corporate law, applicable bankruptcy law, and orders of the bankruptcy court.

## II.      Retention of Professionals

**WHEREAS**, the successful prosecution of the Company's chapter 11 will require the assistance of experienced professionals;

DOCS_LA:294742.2 06080/001

**NOW THEREFORE, BE IT:**

**RESOLVED**, that the Authorized Signatories, on behalf of the Company, are, and each Authorized Signatory acting alone is, authorized and directed to (a) retain the law firm of Pachulski Stang Ziehl & Jones LLP ("PSZ&J") as bankruptcy counsel to represent and assist the Company in carrying out its duties under chapter 11 of the Bankruptcy Code and to take any and all actions to advance the Company's rights in connection therewith, (b) execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and (c) cause to be filed an appropriate application for authority to retain the services of PSZ&J; and it is further

**RESOLVED**, that the Authorized Signatories, on behalf of the Company, are, and each Authorized Signatory acting alone is, authorized and directed to (a) employ any other professionals necessary to assist the Company in carrying out its duties under the Bankruptcy Code, (b) execute appropriate retention agreements and pay appropriate retainers prior to or immediately upon the filing of the chapter 11 case, and (c) cause to be filed appropriate applications with the bankruptcy court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable and proper; and it is further

**RESOLVED**, that the Authorized Officers are, and each Authorized Officer acting alone is, hereby authorized and directed on behalf of the Company, and without the need for further action by the Board, to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by any such Authorized Signatory to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful chapter 11 case; and it is further

**RESOLVED**, that any and all actions heretofore taken by any Authorized Signatory or the directors of the Company in the name and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects.

**IN WITNESS WHEREOF**, the undersigned sole Director has caused this Consent to be executed as of the date first written above.

_____
Conrad Riggs

*SIGNATURE PAGE TO UNANIMOUS WRITTEN CONSENT OF BOARD OF DIRECTORS OF CLOUDBREAK ENTERTAINMENT, INC.*

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Cloudbreak Entertainment, Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **LLB Services, Inc. Layne Britton 3677 Boise Ave. Los Angeles, CA 90066** | | **Litigation** | **Contingent Unliquidated Disputed** | | | **$14,000,000.00** |
| **Browne George Ross, LLP 2121 Avenue of the Stars 24th Floor Los Angeles, CA 90067** | | **Professional Services** | | | | **$949,562.86** |
| **Hecker Law Group 1925 Century Park East Suite 2300 Los Angeles, CA 90067** | | **Professional Services** | | | | **$25,000.00** |
| **Hacker Douglas & Company LLP 1900 Avenue of the Stars Suite 1850 Los Angeles, CA 90067** | | **Professional Services** | | | | **$12,500.00** |
| **Greines Martin Stein & Richland LLP 5900 Wilshire Blvd. 12th Floor Los Angeles, CA 90036** | | **Professional Services** | **Disputed** | | | **$10,000.00** |
| **Gordon, Fishburn & Schlossmann, LLP 11812 San Vicente Blvd. Suite 200 Los Angeles, CA 90049** | | **Professional Services** | **Disputed** | | | **$10,000.00** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Cloudbreak Entertainment, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Lysaght Law Group LLP** 2233 Wilshire Blvd. Suite 700 Santa Monica, CA 90401 | | **Professional Services** | **Disputed** | | | **$5,000.00** |
| **Actuaries Unlimited, Inc.** 16030 Ventura Blvd. #320 Encino, CA 91436 | | **Trade Debt** | | | | **$5,000.00** |
| **Bungalow Properties** 11812 San Vicente Blvd. Suite 200 Los Angeles, CA 90049 | | **Trade Debt** | | | | **$4,000.00** |
| **Kehr Schiff & Crane LLP** 12400 Wilshire Blvd. 13th Floor Los Angeles, CA 90025 | | **Professional Services** | | | | **$641.50** |
| **Verizon California** PO Box 9688 Mission Hills, CA 91346-9688 | | **Trade Debt** | **Disputed** | | | **$500.00** |
| **Liberty Entertainment, Inc.** c/o Gelfand, Rennart & Feldman LLP 1880 Century ParkEast, #1600 Los Angeles, CA 90067 | | **15% of 75% of revenues received from "Survivor" and 50% of 75% of revenues received from "The Apprentice"** | **Contingent** | | | **Unknown** |
| **Munger Tolles & Olson LLP** PO Box 515065 Los Angeles, CA 90051-5065 | | **Contingency fee of 25% of revenues received from "Survivor"** | **Contingent** | | | **Unknown** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Cloudbreak Entertainment, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
☒  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    Dec 1, 2015    x _____
Signature of individual signing on behalf of debtor

**Conrad Riggs**
Printed name

**President**
Position or relationship to debtor

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

# United States Bankruptcy Court
### Central District of California

In re  __Cloudbreak Entertainment, Inc.__ _____

Case No. _____

Chapter __11__ _____

_____ Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Conrad Riggs**<br>**11812 San Vicente Blvd.**<br>**Suite 200**<br>**Los Angeles, CA 90049** | | | **100% ownership interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __Dec 1, 2015__          Signature _____

**Conrad Riggs**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or
    against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any
    copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any
    corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number
    and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom
    assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property
    included in Schedule A that was filed with any such prior proceeding(s).)

    N/A

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform
    Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the
    debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the
    debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the
    complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge
    and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list
    any real property included in Schedule A that was filed with any such prior proceeding(s).)

    N/A

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has
    previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer
    of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner
    of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons,
    firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of
    each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned,
    whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in
    Schedule A that was filed with any such prior proceeding(s).)

    None.

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has
    been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such
    prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still
    pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A
    that was filed with any such prior proceeding(s).)

    N/A

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at __Santa Monica, California_____ , California.

Date: ____Dec. 1, 2015_____

_Conrad M_

Conrad Riggs
Signature of Debtor

Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                      Page 1                    **F 1015-2.1.STMT.RELATED.CASES**

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address<br>**Jeremy V. Richards**<br>**10100 Santa Monica Blvd.**<br>**13th Floor**<br>**Los Angeles, CA 90067-4003**<br>**310-277-6910 Fax: 310-201-0760**<br>California State Bar Number: **CA Bar No. 102300** | FOR COURT USE ONLY |
| ☑ *Attorney for:* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>    **Cloudbreak Entertainment, Inc.**<br><br>                                                    Debtor(s),<br><br>                                                    Plaintiff(s),<br><br><br><br><br>                                                    Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    **11**<br><br>**CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    **Conrad Riggs**                                                    , the undersigned in the above-captioned case, hereby declare
            *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                    **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.    I have personal knowledge of the matters set forth in this Statement because:

        ☑ I am the president or other officer or an authorized agent of the Debtor corporation

        ☐ I am a party to an adversary proceeding

        ☐ I am a party to a contested matter

        ☐ I am the attorney for the Debtor corporation

2.a.    ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

        *[For additional names, attach an addendum to this form.]*

  b.    ☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Dec 1, 2015

Date

By: _____

Signature of Debtor, or attorney for Debtor

Name:  **Conrad Riggs**

Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012

**F 1007-4.CORP.OWNERSHIP.STMT**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address

**Jeremy V. Richards**
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067-4003
310-277-6910 Fax: 310-201-0760
CA Bar No. 102300
*Attorney for:*

CASE NO.:
CHAPTER: 11
ADVERSARY NO.:
(if applicable)

In re:

Cloudbreak Entertainment, Inc.

Debtor(s).

**ELECTRONIC FILING DECLARATION**
**(CORPORATION/PARTNERSHIP)**

[LBR 1006-1(h)]

☑ Petition, statement of affairs, schedules or lists
☐ Amendments to the petition, statement of affairs, schedules or lists
☐ Other: *(specify):*

Date Filed: __12/01/15__
Date Filed: _____
Date Filed: _____

## PART I - DECLARATION OF SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed printed copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

__Dec 1 2015__
Date

_Conrad R__
Signature of authorized signatory of Filing Party

**Conrad Riggs**
Printed Name of Authorized Signatory of Filing Party

**President**
Title of authorized signatory of Filing Party

## PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed *Part I - Declaration of Authorized Signatory of Debtor or Other Party* of this *Declaration* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration* and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration* and the Filed Document available for review upon request of the court or other parties.

__12/1/15__
Date

_____
Signature of attorney for Filing Party

**Jeremy V. Richards**
Printed Name of attorney for Filing Party

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2015

F 1002-1.DEC.ELEC.FILING.CORP

| Party Name, Address and Telephone Number *(CA State Bar No. If Applicable)* | FOR COURT USE ONLY |
|---|---|
| **Jeremy V. Richards**<br>**10100 Santa Monica Blvd.**<br>**13th Floor**<br>**Los Angeles, CA 90067-4003**<br>**310-277-6910 Fax:310-201-0760**<br>CA State Bar Number: **CA Bar No. 102300** | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re:<br><br>**Cloudbreak Entertainment, Inc.** | CHAPTER 11 |
| | CASE NUMBER |
| Debtor. | (No Hearing Required) |

# VENUE DISCLOSURE FORM
# FOR CORPORATIONS FILING CHAPTER 11
## *(Required by General Order 97-02)*

*\*Attach additional sheets as necessary and indicate so in each section\**

1.  Specify the address of the principal office of the Debtor currently on file with the California Secretary of State (*from Form S0100, S0200, or S0300*):
    **11812 San Vicente Blvd. Ste 200, Los Angeles, CA 90049**

2.  Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:
    **2958 Exposition Blvd., Santa Monica, CA 90404**

3.  Disclose the current business address(es) for all corporate officers:
    **2958 Exposition Blvd., Santa Monica, CA 90404**

4.  Disclose the current business address(es) where the Debtor's books and records are located:
    **2958 Exposition Blvd., Santa Monica, CA 90404**

5.  List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:
    **2958 Exposition Blvd., Santa Monica, CA 90404**

6.  Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):
    **N/A**

7.  State the name and address of the officer signing this Statement and the relationship of such person to the Debtor *(specify)*:
    **Conrad Riggs, President  2958 Exposition Blvd., Santa Monica, CA 90404**

8.  Total number of attached pages of supporting documentation:  **0**

Venue Disclosure Form for Corporations Filing Chapter 11 - Page 2                **VEN-C**

| In re                                         | CHAPTER 11   |
|-----------------------------------------------|--------------|
| **Cloudbreak Entertainment, Inc.**            |              |
|                                       Debtor. | CASE NUMBER  |

9.    I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and
      correct.


Executed on __12/01/15_____ , at __Santa Monica_____ , California.


**Conrad Riggs**
*Type Name of Officer*                                        _____
                                                             *Signature of Declarant*

**President**
*Position or Title of Officer*

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Jeremy V. Richards**<br>**10100 Santa Monica Blvd.**<br>**13th Floor**<br>**Los Angeles, CA 90067-4003**<br>**310-277-6910 Fax: 310-201-0760**<br>California State Bar Number: **CA Bar No. 102300** | |

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor(s):*

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**Cloudbreak Entertainment, Inc.**

CASE NO.:

CHAPTER: 11

## VERIFICATION OF MASTER MAILING LIST OF CREDITORS

### [LBR 1007-1(d)]

Debtor(s).

Pursuant to LBR 1007-1(d), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __4__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: _Dec 1, 2015_

_____
Debtor's signature

Date: _____

_____
Joint Debtor's signature (if applicable)

Date: _____

_____
Attorney's signature (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2014*

**F 1007-1.MAILING.LIST.VERIFICATION**

Cloudbreak Entertainment, Inc.
11812 San Vicente Blvd.
Suite 200
Los Angeles, CA 90049


Jeremy V. Richards
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067-4003


Office of the U.S. Trustee - LA
915 Wilshire Blvd.
Suite 1850
Los Angeles, CA 90017

Actuaries Unlimited, Inc.
16030 Ventura Blvd. #320
Encino, CA 91436


Browne George Ross, LLP
2121 Avenue of the Stars
24th Floor
Los Angeles, CA 90067


Bungalow Properties
11812 San Vicente Blvd.
Suite 200
Los Angeles, CA 90049


City of Los Angeles
Office of Finance
PO Box 513996
Los Angeles, CA 90051-3996


City of Los Angeles
200 N. Main St. Rm 920
Tax & Permit Division
Los Angeles, CA 90012


City of Santa Monica
Taxes & License
PO Box 2200
Santa Monica, CA 90407-2200


Conrad Riggs
11812 San Vicente Blvd.
Suite 200
Los Angeles, CA 90049


Feedwire
8605 Santa Monica Blvd.
Suite 15005
West Hollywood, CA 90069

Franchise Tax Board
Attention Bankruptcy
PO Box 2952
Sacramento, CA 95812-2952


Gordon, Fishburn & Schlossmann, LLP
11812 San Vicente Blvd.
Suite 200
Los Angeles, CA 90049


Greines Martin Stein & Richland LLP
5900 Wilshire Blvd.
12th Floor
Los Angeles, CA 90036


Hacker Douglas & Company LLP
1900 Avenue of the Stars
Suite 1850
Los Angeles, CA 90067


Hecker Law Group
1925 Century Park East
Suite 2300
Los Angeles, CA 90067


Kehr Schiff & Crane LLP
12400 Wilshire Blvd.
13th Floor
Los Angeles, CA 90025


Liberty Ranch Holding
Debra West
3120 East Horse Mountain Circle
Heber City, UT 84032


LLB Services, Inc.
Layne Britton
3677 Boise Ave.
Los Angeles, CA 90066

Los Angeles County Tax Collector
PO Box 54027
Los Angeles, CA 90054-0027


Lysaght Law Group LLP
2233 Wilshire Blvd.
Suite 700
Santa Monica, CA 90401


Momentous Insurance Brokerage
5990 Sepulveda Blvd.
Suite 550
Van Nuys, CA 91411


Munger Tolles & Olson LLP
PO Box 515065
Los Angeles, CA 90051-5065


Pension Benefit Guaranty Corp.
Actuaries Unlimited Inc.
16030 Ventura Blvd.
Suite 320
Encino, CA 91436-2769


Quinn Emanuel Urquhart & Sullivan
865 S. Figueroa St.
10th Floor
Los Angeles, CA 90017


The Point Media
350 South Beverly Drive
Suite 170
Beverly Hills, CA 90212


Verizon California
PO Box 9688
Mission Hills, CA 91346-9688