**Fill in this information to identify the case:**

Debtor name: **Cloudbreak Entertainment, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known): **15-28443**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

### Part 1:   Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................................... $         0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..................................................................................................... $    306,614.74

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*....................................................................................................... $    306,614.74

### Part 2:   Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $         0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F*........................................................ $         0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*............................................... +$  15,313,451.33

4. **Total liabilities** ...............................................................................................................
    Lines 2 + 3a + 3b                                                                                                                 $  15,313,451.33

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Cloudbreak Entertainment, Inc.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | **15-28443** |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**    **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|---|
   | 3.1. | **Checking**<br>**Last 4 digits of Acc# : 6540**<br>**City National Bank** | **Checking** | **6540** | **$35,534.74** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**    **$35,534.74**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ■ Yes Fill in the information below.

11. **Accounts receivable**

    | 11b. Over 90 days old: | **243,000.00** | - | **0.00** | =.... | **$243,000.00** |
    |---|---|---|---|---|---|
    | | face amount | | doubtful or uncollectible accounts | | |

    Balance of Survivor 32 Producer Fee

| Debtor | **Cloudbreak Entertainment, Inc.** | Case number *(If known)* **15-28443** |
|---|---|---|
| | Name | |

| | 11b. Over 90 days old: | `l b_bck b` | - | 0.00 | =.... | **Unknown** |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |
| | | Q3 Survivor "off network" income | | | | |

| 12. | **Total of Part 3.** | | | | | **$243,000.00** |
|---|---|---|---|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | | | | |

**Part 4:    Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**2 desks, 1 chair, 1 coffee table, 1 printer, 1 scanner, 2 computers, 1 painting, 1 camera w/ tripod, 3 office phones, 1 ipad, 1 cabinet, 1 iphone** | **$0.00** | | **$10,000.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>See item 39 above. | **$0.00** | | **$0.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1..   **Artwork** | **$10,580.00** | | **$10,580.00** |

| Debtor | **Cloudbreak Entertainment, Inc.** | Case number (If known) | **15-28443** |
|---|---|---|---|
| | Name | | |

43. **Total of Part 7.** $20,580.00
 Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
 ☐ No
 ■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
 ■ No
 ☐ Yes

**Part 8:   Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

 ■ No. Go to Part 9.
 ☐ Yes Fill in the information below.

**Part 9:   Real property**

54. **Does the debtor own or lease any real property?**

 ☐ No. Go to Part 10.
 ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Month to month lease at 2958 Exposition Blvd., Santa Monica CA at $2,000 per month.** | Lessee | $0.00 | | Unknown |

56. **Total of Part 9.** $0.00
 Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
 Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
 ■ No
 ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
 ■ No
 ☐ Yes

**Part 10:   Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

 ☐ No. Go to Part 11.
 ■ Yes Fill in the information below.

| Debtor | **Cloudbreak Entertainment, Inc.** | Case number *(If known)* **15-28443** |
|---|---|---|
| | Name | |

| | **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets**<br>**"Bounty Hunter" copyright** | | | **Unknown** |
| | **"Kid Robot" copyright** | | | **Unknown** |
| 61. | **Internet domain names and websites** | | | |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property**<br>**Interest in future revenue from: Survivor, The Apprentice, Bounty Hunter, Brides, Cinderella in America, Coming Out, Culver Academy, Divided Nation, House of Heather, Love at First Sight, The Jury Project, and The Untitled Disaster Relief Project** | | | **Unknown** |
| 65. | **Goodwill** | | | |

| 66. | **Total of Part 10.** | **$0.00** |
|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | | **Current value of debtor's interest** |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor)<br>**Loan to David Russo**    7,500.00  -  0.00  =<br>Total face amount    doubtful or uncollectible amount | **$7,500.00** |

72. **Tax refunds and unused net operating losses (NOLs)**

Debtor  **Cloudbreak Entertainment, Inc.**                                   Case number *(If known)*  **15-28443**
         Name

Description (for example, federal, state, local)

| | | |
|---|---|---|
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| | **Amount requested : Unknown**<br>**Litigation between Layne Leslie Britton v. Conrad Riggs and Cloudbreak Entertainment, Inc.**<br>**Nature of claim**   **Cross-Claim**<br>**Amount requested**          ˙l  b_bck b | **Unknown** |
| | **Amount requested : Unknown**<br>**Burnett Settlement Agreement and General Release dated March 12, 2012**<br>**Nature of claim**   **Settlement Agreement**<br>**Amount requested** | **Unknown** |
| 76. | **Trusts, equitable or future interests in property**<br>**Cloudbreak Entertainment, Inc. Retirement Trust** | **Unknown** |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$7,500.00** |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?**<br>■ No<br>☐ Yes | |

| Debtor | **Cloudbreak Entertainment, Inc.** | Case number *(If known)* **15-28443** |
|---|---|---|
| | Name | |

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $35,534.74 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $243,000.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $20,580.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. | **Real property.** *Copy line 56, Part 9.......................................................>* | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $7,500.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $306,614.74 + 91b. | $0.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $306,614.74 |

**Fill in this information to identify the case:**

Debtor name: **Cloudbreak Entertainment, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known): **15-28443**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property  12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|
| 2.1 | **First Republic Bank**<br>Creditor's Name<br><br>**111 Pine Street**<br>**San Francisco, CA 94111**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br><br><br><br>Describe the lien<br>**UCC filing**<br>Is the creditor an insider or related party?<br>☒ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☒ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | | **$0.00** | **$0.00** |

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$0.00**

### Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **-NONE-** | Line | |

**Fill in this information to identify the case:**

Debtor name: **Cloudbreak Entertainment, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **15-28443**

☐ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1**

**Priority creditor's name and mailing address**
**City of Los Angeles**
**Office of Finance**
**PO Box 513996**
**Los Angeles, CA 90051-3996**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **Unknown**    $ **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (8)

---

**2.2**

**Priority creditor's name and mailing address**
**City of Los Angeles**
**200 N. Main St. Rm 920**
**Tax & Permit Division**
**Los Angeles, CA 90012**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **Unknown**    $ **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

| Debtor 1 | **Conrad** | | **Riggs** | Case number (if know) | **15-28443** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

**2.3**

**Priority creditor's name and mailing address**
**City of Santa Monica**
**Taxes & License**
**PO Box 2200**
**Santa Monica, CA 90407-2200**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **Unknown**    $ **Unknown**

**Date or dates debt was incurred**

**Basis for the claim:**
**Taxes**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

**2.4**

**Priority creditor's name and mailing address**
**Franchise Tax Board**
**Attention Bankruptcy**
**PO Box 2952**
**Sacramento, CA 95812-2952**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **Unknown**    $ **Unknown**

**Date or dates debt was incurred**

**Basis for the claim:**
**Taxes**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

**2.5**

**Priority creditor's name and mailing address**
**Los Angeles County Tax Collector**
**PO Box 54027**
**Los Angeles, CA 90054-0027**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **Unknown**    $ **Unknown**

**Date or dates debt was incurred**

**Basis for the claim:**
**Taxes**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

**Debtor 1**  **Conrad Riggs**
First Name   Middle Name   Last Name

Case number (if know)   **15-28443**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (8)

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1**

**Nonpriority creditor's name and mailing address**
**Actuaries Unlimited, Inc.**
**16030 Ventura Blvd. #320**
**Encino, CA 91436**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade Debt**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

$ 0.00

---

**3.2**

**Nonpriority creditor's name and mailing address**
**Browne George Ross, LLP**
**2121 Avenue of the Stars**
**24th Floor**
**Los Angeles, CA 90067**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Professional Services**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

$ 1,231,514.83

---

**3.3**

**Nonpriority creditor's name and mailing address**
**Bungalow Properties**
**11812 San Vicente Blvd.**
**Suite 200**
**Los Angeles, CA 90049**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Trade Debt**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

$ 2,000.00

---

**3.4**

**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:

$ 13,420.00

---

Debtor 1  **Conrad Riggs**    Case number (if know)  **15-28443**
First Name   Middle Name   Last Name

**Gordon, Fishburn & Schlossmann, LLP**
**11812 San Vicente Blvd.**
**Suite 200**
**Los Angeles, CA 90049**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Professional Services

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Greines Martin Stein & Richland LLP**<br>**5900 Wilshire Blvd.**<br>**12th Floor**<br>**Los Angeles, CA 90036** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:**  Professional Services | $ **10,000.00** |

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Hacker Douglas & Company LLP**<br>**1900 Avenue of the Stars**<br>**Suite 1850**<br>**Los Angeles, CA 90067** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Professional Services | $ **12,500.00** |

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Hecker Law Group**<br>**1925 Century Park East**<br>**Suite 2300**<br>**Los Angeles, CA 90067** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Professional Services | $ **25,000.00** |

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

| Debtor 1 | **Conrad** | | **Riggs** | Case number (if know) | **15-28443** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**3.8**

**Nonpriority creditor's name and mailing address**
**Kehr Schiff & Crane LLP**
**12400 Wilshire Blvd.**
**13th Floor**
**Los Angeles, CA 90025**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Professional Services**

$ **641.50**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

**3.9**

**Nonpriority creditor's name and mailing address**
**Layne Britton**
**3677 Boise Ave.**
**Los Angeles, CA 90066**

**As of the petition filing date, the claim is:**
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Litigation**

$ **14,000,000.00**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

**3.10**

**Nonpriority creditor's name and mailing address**
**Liberty Ranch Holding**
**Debra West**
**3120 East Horse Mountain Circle**
**Heber City, UT 84032**

**As of the petition filing date, the claim is:**
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Contingency Fee 15% of 75% of the producing fees received from "Survivor", and 50% of 75% of the producing fees recieved from "The Apprentice"**

$ **0.00**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

**3.11**

**Nonpriority creditor's name and mailing address**
**Lysaght Law Group LLP**
**2233 Wilshire Blvd.**
**Suite 700**
**Santa Monica, CA 90401**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** **Professional Services**

$ **5,000.00**

---

| Debtor 1 | **Conrad** | | **Riggs** | Case number (if know) | **15-28443** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | | | |
|---|---|---|---|
| | Date or dates debt was incurred | | **Is the claim subject to offset?** |
| | | | ■ No |
| | Last 4 digits of account number | | ☐ Yes |

| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Munger Tolles & Olson LLP**<br>**PO Box 515065**<br>**Los Angeles, CA 90051-5065** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Contingency fee of 25% of the producing fees received from "Survivor" and "The Apprentice"** | $ **0.00** |
|---|---|---|---|
| | Date or dates debt was incurred<br><br>Last 4 digits of account number | **Is the claim subject to offset?**<br>■ No<br>☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address**<br>**The Point Media**<br>**350 South Beverly Drive**<br>**Suite 170**<br>**Beverly Hills, CA 90212** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Trade Debt** | $ **12,875.00** |
|---|---|---|---|
| | Date or dates debt was incurred<br><br>Last 4 digits of account number | **Is the claim subject to offset?**<br>■ No<br>☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Verizon California**<br>**PO Box 9688**<br>**Mission Hills, CA 91346-9688** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:**  **Trade Debt** | $ **500.00** |
|---|---|---|---|
| | Date or dates debt was incurred<br><br>Last 4 digits of account number | **Is the claim subject to offset?**<br>■ No<br>☐ Yes | |

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

| Debtor 1 | **Conrad** | | **Riggs** | Case number (if know) | **15-28443** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1 | **Quinn Emanuel Urquhart & Sullivan**<br>**865 S. Figueroa St.**<br>**10th Floor**<br>**Los Angeles, CA 90017** | Line **3.9**<br><br>☐ Not listed. Explain | |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 15,313,451.33 |
| **5c. Total of Parts 1 and 2**<br>  Lines 5a + 5b = 5c. | 5c. | $ | 15,313,451.33 |

**Fill in this information to identify the case:**

Debtor name: **Cloudbreak Entertainment, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known): **15-28443**

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest: **Oral month to month rental agreement; Rent at $2,000 per month.** | |
| | State the term remaining: **N/A** | **Bungalow Properties LLC**<br>**11812 San Vicente Blvd.**<br>**Suite 200**<br>**Los Angeles, CA 90049** |
| | List the contract number of any government contract: | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest: **Settlement Agreement and Mutual Release dated March 12, 2012** | |
| | State the term remaining: **N/A** | **Mark Burnett, DJB, Inc., JMBP, Inc.**<br>**Mark Burnett Productions LLC and**<br>**Jump In Inc.**<br>**1661 Lincoln Blvd., 2nd Floor**<br>**Santa Monica, CA 90404** |
| | List the contract number of any government contract: | |

**Fill in this information to identify the case:**

Debtor name: **Cloudbreak Entertainment, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known): **15-28443**

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|---|
| 2.1 | | Street | | | | ☐ D ☐ E/F ☐ G |
| | | City | State | Zip Code | | |
| 2.2 | | Street | | | | ☐ D ☐ E/F ☐ G |
| | | City | State | Zip Code | | |
| 2.3 | | Street | | | | ☐ D ☐ E/F ☐ G |
| | | City | State | Zip Code | | |
| 2.4 | | Street | | | | ☐ D ☐ E/F ☐ G |
| | | City | State | Zip Code | | |

**Fill in this information to identify the case:**

Debtor name   Cloudbreak Entertainment, Inc.

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   15-28443

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/15/2015    X  /s/ Conrad Riggs
                                Signature of individual signing on behalf of debtor

**Conrad Riggs**
Printed name

**President**
Position or relationship to debtor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled (*specify*): **SUMMARY OF ASSETS AND LIABILITIES FOR NON-INDIVIDUALS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **December 15, 2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **December 15, 2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| Cloudbreak Entertainment, Inc. | Eric D Winston |
| c/o Brentwood Management Group | Quinn Emanuel Urquhart & Sullivan LLP |
| 11812 San Vicente Blvd., Ste 200 | 865 S. Figueroa St., 10th Fl. |
| Los Angeles, CA 90049 | Los Angeles, CA 90017 |

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **December 15, 2015**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA MESSENGER**
Honorable Neil W. Bason
United States Bankruptcy Court
Edward R. Roybal Building & Courthouse
255 E. Temple St., Ste. 1552
Los Angeles, CA 90012

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 15, 2015 | Sophia L. Lee | /s/ Sophia L. Lee |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:295076.2 06080/001

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

**In re Cloudbreak Entertainment, Inc.**
**USBC, Central District of California, Santa Ana Division Case No. 2:15-bk-28443-NB**

- Melanie Scott Green
  Melanie.green@usdoj.gov
- Dare Law    dare.law@usdoj.gov,
  ron.maroko@usdoj.gov
- Jeremy V Richards
  jrichards@pszjlaw.com,
  bdassa@pszjlaw.com;imorris@pszjlaw.com

- United States Trustee (LA)
  ustpregion16.la.ecf@usdoj.gov
- Eric D Winston
  ericwinston@quinnemanuel.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                            **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:295076.2 06080/001