Dean A. Ziehl (CA Bar No. 84529)
Jeremy V. Richards (CA Bar No. 102300)
Victoria A. Newmark (CA Bar No. 183581)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., Suite 1300
Los Angeles, CA  90067-4114
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:  dziehl@pszjlaw.com
          jrichards@pszjlaw.com



FILED & ENTERED

DEC 06 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ghaltchi   DEPUTY CLERK

Attorneys for Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:15-28443-NB |
| Cloudbreak Entertainment, Inc.,[1] | Chapter 11 |
| Debtor. | **OMNIBUS ORDER GRANTING SECOND INTEIRM APPLICATIONS OF (1) PACHULSKI STANG ZIEHL & JONES LLP; (2) BROWNE GEORGE ROSS LLP; AND (3) GORDON, FISHBURN & MAJOR, LLP D/B/A THE BRENTWOOD MANAGEMENT GROUP, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES (JULY 1, 2016 – SEPTEMBER 30, 2017)** |
| | <u>Hearing</u><br>Date:     December 5, 2017<br>Time:     1:00 p.m.<br>Place:    255 E. Temple Street<br>          Courtroom 1545<br>          Los Angeles, CA 90012<br>Judge:    Honorable Neil Bason |

Upon the (1) *Second Application of Pachulski Stang Ziehl & Jones LLP for Interim Allowance and Payment of Compensation and Reimbursement of Expenses* [Dkt. 280] (the "<u>PSZJ Application</u>"); (2) *Browne George Ross LLP's Second Application for Allowance and Payment of Interim Compensation and Reimbursement of Expenses* [Dkt. 282] (the "<u>BGR Application</u>"); and

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

---

[1] The last four digits of the Debtor's tax identification number are: 8139.  The location of the Debtor's headquarters and service address is 2958 Exposition Blvd., Santa Monica, CA 90404.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

(3) *Second Application of Gordon Fishburn & Major LLP d/b/a Brentwood Management Group as Business Management Consultant for Allowance and Payment of Interim Compensation and Reimbursement of Expenses* [Dkt. 281] (the "<u>Brentwood Application</u>" and, together with the PSZJ Application and BGR Application, the "<u>Applications</u>"), filed by the respective professionals of Cloudbreak Entertainment, Inc., the above captioned debtor and debtor in possession (the "<u>Debtor</u>") for interim allowance and authorization to pay compensation and reimburse expenses for the period July 1, 2017 through September 30, 2017 (the "<u>Application Period</u>"), all as more fully set forth in the Applications; and the Court having jurisdiction to consider the Applications and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Applications and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Applications, to the extent granted herein, is in the best interests of the Debtor's estate, its creditors, and all other parties in interest; and the appropriate notice of the Applications and opportunity for a hearing on the Applications under the circumstances having been provided, and no other or further notice need be provided; and the Court having reviewed the Applications; and the Court having considered the Applications and the objection of Layne Leslie Britton to the BGR Application, and all pleadings and papers filed in connection with the Applications; after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The professional fees and expenses sought in the PSZJ Application for the Application Period are allowed on an interim basis in the amount of $282,611.20, representing $265,736.00 in fees and $16,875.20 in expenses.

2.      The professional fees and expenses sought in the BGR Application for the Application Period are allowed on an interim basis in the amount of $349,705.51, representing $345,661.20 in fees and $4,044.31 in expenses for the Application Period.

3.      The professional fees sought in the Brentwood Application for the Application Period are allowed on an interim basis in the amount of $47,826.25.

4.      Payment of the professional fees and expenses allowed pursuant to paragraphs 1-3 above shall are subject to the terms of the (1) S*tipulation Establishing Additional Reserve for Debra*

DOCS_SF:95515.1 06080/002

1    *West* [Docket No. 290] approved by Order of this court (Docket No. 292] and (2) *Limited Objection*

2    *by Creditor Layne Leslie Britton* [Docket No. 289] preserving the right to object in connection with

3    the submission of final fee applications.

4         5.    The Court shall retain jurisdiction to hear and determine all matters arising from or

5    relating to this Order.

6

7    **Approved as to form:**

8    FABIAN VANCOTT

9

10   By:

     */s/ Nicole DeForge*
     Nicole DeForge

11        Attorneys for Debra West

12

13   QUINN EMANUEL URQUHART & SULLIVAN, LLP

14   By: */s/ Eric Winston*

15        Eric Winston

16        Attorneys for Layne Leslie Britton

     ###

17

18

19

20

21

22

23

24   Date: December 6, 2017

     Neil W. Bason
     United States Bankruptcy Judge

25

26

27

28

*PACHULSKI STANG ZIEHL & JONES LLP*
*ATTORNEYS AT LAW*
*LOS ANGELES, CALIFORNIA*

DOCS_SF:95515.1 06080/002