UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | | |
|---|---|---|
| Cloudbreak Entertainment Inc | Case Number: | 2:15-bk-28443 |
| | Operating Report Number: | 27 |
| Debtor(s). | For the Month Ending: | February 28, 2018 |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*) (CNB xxxxxx6540)

1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS     4,210,926.64

2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS     4,107,291.43

3. BEGINNING BALANCE:     103,635.21

4. RECEIPTS DURING CURRENT PERIOD:

| | |
|---|---|
| Accounts Receivable - Post-filing | 80,372.80 |
| Accounts Receivable - Pre-filing | 0.00 |
| General Sales | |
| Other (Specify) | |
| **Other (Specify) | |

TOTAL RECEIPTS THIS PERIOD:     80,372.80

5. BALANCE:     184,008.01

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | |
|---|---|
| Transfers to Other DIP Accounts (from page 2) | 0.00 |
| Disbursements (from page 2) | 8,255.10 |

TOTAL DISBURSEMENTS THIS PERIOD:***     8,255.10

7. ENDING BALANCE:     175,752.91

8. General Account Number(s):     xxxxx6540

Depository Name & Location:     City National Bank, 400 N Roxbury Dr, Beverly Hills, CA 90210

---

\* All receipts must be deposited into the general account.

\*\* Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
    to whom, terms, and date of Court Order or Report of Sale.

\*\*\*This amount should be the same as the total from page 2.

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 2/1/2018 | 1164 | Actuaries Unlimited | Admin Defined Benefit Pension FYE 12.31.2017 | | 1,000.00 | 1,000.00 |
| 2/1/2018 | 1165 | Bungalow Properties LLC | Rent Feb 2018 | | 2,500.00 | 2,500.00 |
| 2/20/2018 | 1167 | American Express | Stmt dated 2/2/18 reimburse expenses | | 2,636.15 | 2,636.15 |
| 2/22/2018 | 1168 | Gordon Fishburn Major | Invoice dated 1/31/18 Jan 2018 services | | 2,000.00 | 2,000.00 |
| 2/22/2018 | 1169 | Paychex | Inv dated 12/2 - 2/1 | | 93.95 | 93.95 |
| 2/22/2018 | 1170 | Gordon Fishburn Major | Reimburse annual Secretary of State filing | | 25.00 | 25.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | TOTAL DISBURSEMENTS THIS PERIOD: | | 0.00 | 8,255.10 | $8,255.10 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.
** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

GENERAL ACCOUNT (PNB xxxx8650)
BANK RECONCILIATION

Bank statement Date: _2.28.2018_     Balance on Statement: _$175,752.91_

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | $0.00 |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                              | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                             | 0.00 |

Bank statement Adjustments:                              _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                               | $175,752.91 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

1. CASH RECEIPTS AND DISBURSEMENTS
B. (PAYROLL ACCOUNT) (N/A)

1. TOTAL RECEIPTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS        _____

2. LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR PAYROLL
ACCOUNT REPORTS        _____

3. BEGINNING BALANCE:        | 0.00 |

4. RECEIPTS DURING CURRENT PERIOD:        _____
   (Transferred from General Account)

5. BALANCE:        | 0.00 |

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   TOTAL DISBURSEMENTS THIS PERIOD:***        | 0.00 |

7. ENDING BALANCE:        | 0.00 |

8. PAYROLL Account Number(s):        _____
                                     _____

   Depository Name & Location:        _____
                                      _____

TOTAL DISBURSEMENTS FROM PAYROLL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | N/A | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |
|---|---|---|---|---|

PAYROLL ACCOUNT (N/A)
BANK RECONCILIATION

Bank statement Date: _____    Balance on Statement: _____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount | |
|---|---|---|
| _____ | _____ | |
| _____ | _____ | |
| _____ | _____ | |
| _____ | _____ | |
| _____ | _____ | |

TOTAL DEPOSITS IN TRANSIT                                          | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                         | 0.00 |

Bank statement Adjustments:                                       _____
Explanation of Adjustments-

| |
|---|
| |

ADJUSTED BANK BALANCE:                                            | $0.00 |

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

I. CASH RECEIPTS AND DISBURSEMENTS
C. (MONEY MARKET ACCOUNT)

1.  TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS        2,500,175.21

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR TAX        500,000.00
ACCOUNT REPORTS

3.  BEGINNING BALANCE:        2,000,175.21

4.  RECEIPTS DURING CURRENT PERIOD:        131.52
    (Transferred from General Account)

5.  BALANCE:        2,000,306.73

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:***        0.00

7.  ENDING BALANCE:        2,000,306.73

8.  MONEY MARKET Account Number(s):        127520216

    Depository Name & Location:        City National Bank
                                       Beverly Hills, CA 90210

TOTAL DISBURSEMENTS FROM MONEY MARKET ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | TOTAL DISBURSEMENTS THIS PERIOD: | | 0.00 |

TAX ACCOUNT
BANK RECONCILIATION

Bank statement Date: _____    Balance on Statement: _____ $0.00

Plus deposits in transit (a):

|  | Deposit Date | Deposit Amount |
|---|---|---|
|  | _____ | _____ |
|  | _____ | _____ |
|  | _____ | _____ |
|  | _____ | _____ |
|  | _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                    | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                    | 0.00 |

Bank statement Adjustments:                  _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                        | $0.00 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

MONEY MARKET ACCOUNT
BANK RECONCILIATION
CNB Account # XXXXX0216

Bank statement Date:  12.31.2017          Balance on Statement:          $2,000,306.73

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                        | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                        | 0.00 |

Bank statement Adjustments:                                      _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                           | $2,000,306.73 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

**1. D SUMMARY SCHEDULE OF CASH**

## ENDING BALANCES FOR THE PERIOD:

(Provide a copy of monthly account statements for each of the below)

|  |  |  |
|---|---|---|
| | General Account: | 175,752.91 |
| | Payroll Account: | 0.00 |
| | Tax Account: | 0.00 |
| *Other Accounts: | Money Market Account | 2,000,306.73 |
| | | |
| *Other Monies: | | |
| | **Petty Cash (from below): | 0.00 |

TOTAL CASH AVAILABLE:                                2,176,059.64

Petty Cash Transactions:

| Date | Purpose | Amount |
|------|---------|--------|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL PETTY CASH TRANSACTIONS:                        0.00

* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
** Attach Exhibit Itemizing all petty cash transactions

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | | Total Due |
|---|---|---|---|---|
| Bungalow Properties LLC | Monthly | $2,500.00 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 0.00 |

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD: NOVEMBER 1, 2017 TO NOVEMBER 30, 2017

Gross Sales Subject to Sales Tax:                     0.00

Total Wages Paid:                     0.00

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | 0.00 | 0.00 | |
| State Withholding | | | |
| FICA- Employer's Share | | | |
| FICA- Employee's Share | | | |
| Federal Unemployment | | | |
| Sales and Use | | | |
| Real Property | | | |
| Other: | 0.00 | | |
| TOTAL: | 0.00 | 0.00 | |

IV. AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

|  | *Accounts Payable (Itemized) | Accounts Receivable | |
|---|---|---|---|
|  |  | Pre-Petition | Post-Petition |
| 30 days or less | 2,000.00 |  |  |
| 31 - 60 days |  |  |  |
| 61 - 90 days |  |  |  |
| 91 - 120 days |  |  |  |
| Over 120 days |  | 0.00 |  |
| TOTAL: | 2,000.00 | 0.00 | 0.00 |

Itemized:
Professional Fees:

| | |
|---|---|
| Brentwood Management Group | 2,000.00 |
| Pachulski Stang Ziehl & Jones LLP | 0.00 |
| Browne George Ross LLP | 0.00 |
| Total Accrued Professional Fees | 2,000.00 |

## V. INSURANCE COVERAGE

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | New York Marine & General | $1,000,000 | 3/13/2018 | 3/13/2018 |
| Worker's Compensation |  |  |  |  |
| Casualty |  |  |  |  |
| Vehicle |  |  |  |  |
| Others: |  |  |  |  |
|  |  |  |  |  |

## VI.  UNITED STATES TRUSTEE QUARTERLY FEES
### (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 31-Dec-2015 | 1,653.84 | 325.00 | 11-Jan-2016 | 325.00 | 0.00 |
| 31-Mar-2016 | 20,040.95 | 650.00 | 28-Apr-2016 | 650.00 | 0.00 |
| 30-Jun-2016 | 9,667.77 | 325.00 | 27-Oct-2016 | 325.00 | 0.00 |
| 30-Sep-2016 | 42,816.42 | 650.00 | 4-Oct-2016 | 650.00 | 0.00 |
| 31-Dec-2016 | 734,490.16 | 4,875.00 | 5-Jan-2017 | 4,875.00 | 0.00 |
| 31-Mar-2017 | 31,242.67 | 650.00 | 18-Apr-2017 | 650.00 | 0.00 |
| 30-Jun-2017 | 19,175.52 | 650.00 | 17-Jul-2017 | 650.00 | 0.00 |
| 30-Sep-2017 | 17,955.98 | 650.00 | 16-Oct-2017 | 650.00 | 0.00 |
| 31-Dec-2017 | 701,030.09 | 4,875.00 | 8-Jan-2018 | 4,875.00 | 0.00 |
| ** - (note regarding Q2 2016, the $325 payment sent was mis-applied.  The $325 |  |  |  |  | 0.00 |
| has been returned to Cloudbreak Entertainment Inc during the first week of October |  |  |  |  | 0.00 |
| Cloudbreak Entertainment Inc has  re-issued the Q2 2016 Trustee payment |  |  |  |  | 0.00 |
| on October 27, 2016 |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  | 13,650.00 |  | 13,650.00 | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court.  Post-Petition
Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

VII. SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| none | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VIII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

IX. PROFIT AND LOSS STATEMENT
(ACCRUAL BASIS ONLY)

|  | | Cumulative Post-Petition |
|---|---|---|
| **Sales/Revenue:** | | |
| Gross Sales/Revenue | 80,372.80 | 3,510,516.20 |
| Less: Returns/Discounts | 0.00 | 0.00 |
| Net Sales/Revenue | 80,372.80 | 3,510,516.20 |
| **Cost of Goods Sold:** | | |
| Beginning Inventory at cost | | |
| Purchases | | |
| Less: Ending Inventory at cost | | |
| Cost of Goods Sold (COGS) | 0.00 | 0.00 |
| **Gross Profit** | 80,372.80 | 3,510,516.20 |
| Other Operating Income (Itemize) | | |
| **Operating Expenses:** | | |
| Payroll - Insiders | | |
| Payroll - Other Employees | | |
| Payroll Taxes | | |
| Other Taxes (Itemize) | 0.00 | 19,826.87 |
| Depreciation and Amortization | | |
| Outside Services | 93.95 | 1,529.10 |
| Rent Expense - Real Property | 2,500.00 | 61,000.00 |
| Lease Expense - Personal Property | | |
| Insurance | 0.00 | 6,074.15 |
| Real Property Taxes | | |
| Telephone and Utilities | 239.18 | 4,229.73 |
| Repairs and Maintenance | | |
| Travel and Entertainment (Itemize) | 1,064.92 | 15,063.26 |
| Miscellaneous Operating Expenses (Itemize) | 4,357.05 | 1,501,882.21 |
| Total Operating Expenses | 8,255.10 | 1,609,605.32 |
| **Net Gain/(Loss) from Operations** | 72,117.70 | 1,900,910.88 |
| **Non-Operating Income:** | | |
| Interest Income | 131.52 | 306.73 |
| Net Gain on Sale of Assets (Itemize) | | |
| Other (Itemize) | | |
| Total Non-Operating income | 131.52 | 306.73 |
| **Non-Operating Expenses:** | | |
| Interest Expense | | |
| Legal and Professional (Itemize) | | |
| Other (Itemize) | | |
| Total Non-Operating Expenses | 0.00 | 0.00 |
| **NET INCOME/(LOSS)** | 72,249.22 | 1,901,217.61 |

(Attach exhibit listing all itemizations required above)

## IX.1 PROFIT AND LOSS STATEMENT
### (ACCRUAL BASIS ONLY)

Cumulative Post-Petition

Operating Expenses:

Other Taxes (Itemize) :

| | | |
|---|---|---|
| California franchise tax | 0.00 | 9,292.58 |
| City of Santa Monica license | 0.00 | 8,366.42 |
| Personal Property Taxes | 0.00 | 2,167.87 |
| Total Other Taxes Expenses | 0.00 | 19,826.87 |

Travel and Entertainment (Itemize)

| | | |
|---|---|---|
| Entertainment | 1,064.92 | 6,421.12 |
| Travel | 0.00 | 8,642.14 |
| Total Travel and Entertaiment Expenses | 1,064.92 | 15,063.26 |

Miscellaneous Operating Expenses (Itemize)

| | | |
|---|---|---|
| Bank Fees | 0.00 | 232.05 |
| Payroll Processor Fee | 0.00 | 811.55 |
| Trustee Fees | 0.00 | 13,650.58 |
| Auto Expense | 77.50 | 320.47 |
| Dues | 726.70 | 4,873.11 |
| Miscellaneous | 0.00 | 180.00 |
| Pension Administrator Expense | 1,000.00 | 11,950.00 |
| Exhibit Expense | 0.00 | 3,793.50 |
| Office Expense | 443.93 | 17,839.94 |
| Records & Tapes | 108.92 | 6,299.73 |
| Management Fees | 2,000.00 | 120,477.25 |
| Legal Expense | 0.00 | 1,321,454.03 |
| Total Miscallaneous Operating Expenses | 4,357.05 | 1,501,882.21 |

(Attach exhibit listing all itemizations required above)

BALANCE SHEET
(ACCRUAL BASIS ONLY)

ASSETS

Current Assets:

| | | |
|---|---|---|
| Unrestricted Cash | 2,176,059.64 | |
| Restricted Cash | | |
| Accounts Receivable | 0.00 | |
| Inventory | | |
| Notes Receivable | 7,500.00 | |
| Prepaid Expenses | | |
| Other (Itemize) | | |
| Total Current Assets | | 2,183,559.64 |

| | | |
|---|---|---|
| Property, Plant, and Equipment | 280,729.96 | |
| Accumulated Depreciation/Depletion | (271,795.05) | |
| Net Property, Plant, and Equipment | | 8,934.91 |

Other Assets (Net of Amortization):

| | | |
|---|---|---|
| Due from Insiders | | |
| Other (Itemize) (ART) | 10,580.00 | |
| Total Other Assets | | 10,580.00 |
| **TOTAL ASSETS** | | **2,203,074.55** |

LIABILITIES

Post-petition Liabilities:

| | | |
|---|---|---|
| Accounts Payable | 0.00 | |
| Taxes Payable | 0.00 | |
| Notes Payable | | |
| Professional fees | | |
| Brentwood Management Group | 2,000.00 | |
| Pachulski Stang Ziehl & Jones LLP | 0.00 | |
| Browne George Ross LLP | 0.00 | |
| Secured Debt | | |
| Other (Itemize) | | |
| Total Post-petition Liabilities | | 2,000.00 |

Pre-petition Liabilities:

| | | |
|---|---|---|
| Secured Liabilities | | |
| Priority Liabilities | | |
| Unsecured Liabilities  (note A below) | 14,721,016.50 | |
| Other (Itemize) | | |
| Total Pre-petition Liabilities | | 14,721,016.50 |
| **TOTAL LIABILITIES** | | **14,723,016.50** |

EQUITY:

| | | |
|---|---|---|
| Pre-petition Owners' Equity | (14,421,159.56) | |
| Post-petition Profit/(Loss) | 1,901,217.61 | |
| Direct Charges to Equity | 0.00 | |
| **TOTAL EQUITY** | | **(12,519,941.95)** |
| **TOTAL LIABILITIES & EQUITY** | | **2,203,074.55** |

Note A -the amount includes claims asseted by Layne Britton, Debra West,
   Munger Tolles & Olsen and Conrad Riggs wich are, in each case, disputed, contingent
   and/or unliquidated.

XI. QUESTIONNAIRE

|   |   | No | Yes |
|---|---|---|---|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below: | X | |

|   |   | No | Yes |
|---|---|---|---|
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below: | X | |

3.

State what progress was made during the reporting period toward filing a plan of reorganization

The Debtor has filed a motion to estimate the disputed Britton Claim, which is set for hearing on March 20, 2018

4.    Describe potential future developments which may have a significant impact on the case:

5.    Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|   |   | No | Yes |
|---|---|---|---|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below. | X | |

I,    Conrad Riggs
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

_____March 20, 2018_____
Date

Page 18 of 18

_Conrad [signature]_
Principal for debtor-in-possession

CLOUDBREAK ENTERTAINMENT, INC.
CASH FLOW REPORT
FROM FEBRUARY 1, 2018  THROUGH  FEBRUARY 28, 2018
PAGE 1

CHECKING ACCT   10 CKG CITY NATIONAL BANK A/C      6540

| -DATE- | REF# | PAYEE/RECEIVED FROM | GROSS | DEDUCTIONS | NET AMOUNT |
|--------|------|--------------------|-------|-----------|------------|
| OPENING BALANCE | | | | | $ 103,635.21 ✓ |
| **RECEIPTS** | | | | | |
| 02-21-18 | 1:422 | CBS TELEVISION NETWORK, "SURVIVOR 36" PRODUCER FEE | 44,181.80 | 0.00 | 44,181.80 |
| 02-23-18 | 1:423 | CBS TELEVISION NETWORK | 36,191.00 | 0.00 | 36,191.00 |
| TOTAL RECEIPTS | | | 80,372.80 | 0.00 | 80,372.80 |
| **DISBURSEMENTS** | | | | | |
| 02-01-18 | 1164 | ACTUARIES UNLIMITED, INC., ANNUAL ADMINISTRATION DBP FYE 12/31/17 | 1,000.00 | 0.00 | 1,000.00 |
| 02-01-18 | 1165 | BUNGALOW PROPERTIES, LLC, FEB-18 PAYMENT | 2,500.00 | 0.00 | 2,500.00 |
| 02-20-18 | 1167 | AMERICAN EXPRESS, STATEMENT DATE 2/2/18 | 2,636.15 | 0.00 | 2,636.15 |
| 02-22-18 | 1168 | GORDON, FISHBURN AND MAJOR,LLP, "SURVIVOR" INV.#B23149 DTD 1/31/18 JAN-2018 SERVICES | 2,000.00 | 0.00 | 2,000.00 |
| 02-22-18 | 1169 | PAYCHEX, INV.#2018020100 DTD 12/29-2/1 | 93.95 | 0.00 | 93.95 |
| 02-22-18 | 1170 | MATTHEW FISHBURN, RE: CLOUDBREAK ENT INC STATE OF CALIFORNIA ANNUAL SOS REIMBURSEMENT | 25.00 | 0.00 | 25.00 |
| TOTAL DISBURSEMENTS | | | 8,255.10 | 0.00 | 8,255.10 |
| ENDING BALANCE | | | | | $ 175,752.91 ✓ |

CLOUDBREAK ENTERTAINMENT, INC.
CASH FLOW REPORT
FROM FEBRUARY 1, 2018  THROUGH  FEBRUARY 28, 2018
PAGE 2
CHECKING ACCT   10 CKG CITY NATIONAL BANK A/C      6540

| -DATE- | REF# | PAYEE/RECEIVED FROM | GROSS | DEDUCTIONS | NET AMOUNT |
| --- | --- | --- | --- | --- | --- |

```
                    CLOUDBREAK ENTERTAINMENT, INC.
                          CASH FLOW REPORT
              FROM FEBRUARY 1, 2018  THROUGH  FEBRUARY 28, 2018
                               PAGE 3
CHECKING ACCT   11 MMKT CITY NATIONAL BANK A/C        0216

 -DATE-     REF# PAYEE/RECEIVED FROM        GROSS       DEDUCTIONS      NET AMOUNT
 -------- ------ ------------------- --------------- -------------- ----------------


OPENING BALANCE                                                     $ 2,000,175.21
                                                                   ---------------

ADJUSTMENTS
-----------
02-28-18   4708 TO RECORD FEB-18
                CNB MMKT INTEREST         131.52          0.00          131.52
                                     --------------- -------------- ----------------

TOTAL ADJUSTMENTS                         131.52          0.00          131.52
                                     --------------- -------------- ----------------


ENDING BALANCE                                                     $ 2,000,306.73 ✓
                                                                   ================
```

# CITY NATIONAL BANK

 AN RBC COMPANY

Page 1          (6)

Account #:          6540

This statement: February 28, 2018
Last statement: January 31, 2018

Contact us:
800 773-7100

City National Bank
400 N Roxbury Drive
Beverly Hills CA 90210

001                          0830L
CLOUDBREAK ENTERTAINMENT, INC.
DIP CASE NO. 2:15-BK-28443-NB
C/O GORDON FISHBURN & CO
11812 SAN VICENTE BLVD SUITE 200
LOS ANGELES CA 90049

cnb.com

IMPORTANT NOTICE: WE WANT TO MAKE YOU AWARE OF A NEW FEDERAL REQUIREMENT THAT WILL IMPACT BUSINESS ACCOUNT OPENINGS. IN ORDER TO PREPARE FOR THIS REGULATORY CHANGE, EFFECTIVE MARCH 1, 2018, CITY NATIONAL BANK WILL MAKE CHANGES TO ITS ACCOUNT OPENING PROCESS. FOR MORE INFORMATION GO TO WWW.CNB.COM/BENEFICIALOWNERSHIP OR CONTACT YOUR RELATIONSHIP MANAGER OR BANKER.

## Checking Account

| Account Summary | | Account Activity | |
|---|---|---|---|
| Account number | 6540 | Beginning balance (1/31/2018) | $103,635.21 |
| Minimum balance | $100,135.21 | | |
| Average balance | $120,422.64 | Credits  Deposits        (2)        + 80,372.80 | |
| Avg. collected balance | $112,096.00 | Electronic cr (0)        + 0.00 | |
| | | Other credits (0)        + 0.00 | |
| | | Total credits | +$80,372.80 |
| | | | |
| | | Debits   Checks paid     (6)        - 8,255.10 | |
| | | Electronic db (0)        - 0.00 | |
| | | Other debits (0)        - 0.00 | |
| | | Total debits | - $8,255.10 |
| | | | |
| | | Ending balance (2/28/2018) | $175,752.91 |

## DEPOSITS

| Date | Description | Reference | Credits |
|---|---|---|---|
| 2-21 | Deposit 42 | 00000042 | 44,181.80 |
| 2-23 | Deposit 423 | 00000423 | 36,191.00 |

## CHECKS PAID

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1164 | 2-8 | 1,000.00 | 1167 * | 2-26 | 2,636.15 | 1169 | 2-28 | 93.95 | * Skip in check sequence | | |
| 1165 | 2-2 | 2,500.00 | 1168 | 2-27 | 2,000.00 | 1170 | 2-27 | 25.00 | | | |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 1-31 | 103,635.21 | 2-8 | 100,135.21 | 2-23 | 180,508.01 | 2-27 | 175,846.86 |
| 2-2 | 101,135.21 | 2-21 | 144,317.01 | 2-26 | 177,871.86 | 2-28 | 175,752.91 |

Thank you for banking with City National Bank

CLOUDBREAK ENTERTAINMENT, INC.
BANK RECONCILIATION
statement of 02-28-18
G/L as of 02-28-18
PAGE 1

CHECKING ACCT#:10 CKG CITY NATIONAL BANK A/C       6540

|  |  | Balance |
|---|---|---|
|  |  | ---------------- |
| Balance per bank statement |  | 175,752.91 |
| Less: outstanding checks | 0.00 | 175,752.91 |
| Add: deposits in transit | 0.00 | 175,752.91 |
| Booked adjustments | 0.00 | 175,752.91 |
| Adjusted balance per statement |  | 175,752.91 |
|  |  | =============== |
| Balance per G/L |  | 175,752.91 |
|  |  | =============== |

# CITY NATIONAL BANK

## AN RBC COMPANY

Page 1          (0)

Account #:        0216

This statement: February 28, 2018
Last statement: January 31, 2018

Contact us:
800 773-7100

City National Bank
400 N Roxbury Drive
Beverly Hills CA  90210

001                          0830K
CLOUDBREAK ENTERTAINMENT, INC.
DIP CASE NO. 2:15-BK-28443-NB          cnb.com
C/O GORDON FISHBURN & CO
11812 SAN VICENTE BLVD SUITE 200
LOS ANGELES CA 90049

IMPORTANT NOTICE: WE WANT TO MAKE YOU AWARE OF A NEW FEDERAL REQUIREMENT THAT WILL IMPACT BUSINESS
ACCOUNT OPENINGS. IN ORDER TO PREPARE FOR THIS REGULATORY CHANGE, EFFECTIVE MARCH 1, 2018, CITY
NATIONAL BANK WILL MAKE CHANGES TO ITS ACCOUNT OPENING PROCESS. FOR MORE INFORMATION GO TO
WWW.CNB.COM/BENEFICIALOWNERSHIP OR CONTACT YOUR RELATIONSHIP MANAGER OR BANKER.

## Money Market Account

| | | | |
|---|---|---|---|
| Account number | 0216 | Beginning balance | $2,000,175.21 |
| Minimum balance | $2,000,175.21 | Total credits | 131.52 |
| Average balance | $2,000,175.21 | Total debits | .00 |
| Avg. collected balance | $2,000,175.00 | Ending balance | $2,000,306.73 |
| | | Interest paid YTD | $ 207.69 |

## INTEREST RATES

| Effective dates | Interest Rates | Effective dates | Interest Rates | Effective dates | Interest Rates | Effective dates | Interest Rates |
|---|---|---|---|---|---|---|---|
| 01-31-18 | 0.050% | 02-09-18 | 0.100% | | | | |

## CREDITS

| Date | Description | Reference | Credits |
|---|---|---|---|
| 02-28 | Interest Credit | | 131.52 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 01-31 | 2,000,175.21 | 02-28 | 2,000,306.73 | | |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Thank you for banking with City National Bank

CLOUDBREAK ENTERTAINMENT, INC.
BANK RECONCILIATION
statement of 02-28-18
G/L as of 02-28-18
PAGE 1

CHECKING ACCT#:11 MMKT CITY NATIONAL BANK A/C 127-520216

|  |  | Balance |
|--|--|---------|
| Balance per bank statement | | 2,000,306.73 |
| Less: outstanding checks | 0.00 | 2,000,306.73 |
| Add: deposits in transit | 0.00 | 2,000,306.73 |
| Booked adjustments | 0.00 | 2,000,306.73 |
| Adjusted balance per statement | | 2,000,306.73 |
| | | =============== |
| Balance per G/L | | 2,000,306.73 |
| | | =============== |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Blvd., 13th Fl., Los Angeles, CA  90067**

A true and correct copy of the foregoing document entitled (*specify*):  **MONTHLY OPERATING REPORT NO. 27** will be
served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the
manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
**March 20, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **___**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or
adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class,
postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will
be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **March 20, 2018**, I served the
following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is
filed.

**VIA MESSENGER**
Honorable Neil W. Bason
United States Bankruptcy Court
Edward R. Roybal Building & Courthouse
255 E. Temple St., Ste. 1552
Los Angeles, CA  90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 20, 2018 | Sophia L. Lee | /s/ Sophia L. Lee |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:311096.1 06080/001

**F 9013-3.1.PROOF.SERVICE**

In re: Cloudbreak Entertainment
Case No. 2:15-bk-28443-NB

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>

- Peter J Crosby     pcrosby@bgrfirm.com, lpennywell@bgrfirm.com
- Philip D Dracht     pdracht@fabianlaw.com
- Dare Law     dare.law@usdoj.gov,
  Kenneth.g.lau@usdoj.gov,Alvin.mar@usdoj.gov,ron.maroko@usdoj.gov
- Shahin Rezvani     shahinrezvani@quinnemanuel.com
- Jeremy V Richards     jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
- Gregory M Saylin     gsaylin@fabianvancott.com, vgarrett@fabianvancott.com
- United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
- Eric D Winston     ericwinston@quinnemanuel.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.