QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Jeffery D. McFarland (Cal. Bar No. 157628)
  jeffmcfarland@quinnemanuel.com
  Eric Winston (Cal. Bar No. 202407)
  ericwinston@quinnemanuel.com
  Jennifer Nassiri (Cal. Bar No. 209976)
  jennifernassiri@quinnemanuel.com
  Razmig Izakelian (Cal. Bar No. 292137)
  razmigizakelian@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Layne Leslie Britton

**FILED & ENTERED**

**NOV 21 2018**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ghaltchi   DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CLOUDBREAK ENTERTAINMENT, INC.,<br><br>  Debtor. | Chapter 11<br><br>Case No. 2:15-bk-28443-NB<br><br>**[PROPOSED] ORDER APPROVING STIPULATION BY AND BETWEEN LAYNE LESLIE BRITTON, DEBRA WEST, AND CONRAD RIGGS TO CONTINUE HEARING ON MOTION FOR ORDER PURSUANT TO BANKRUPTCY RULE 3006 CONDITIONING WITHDRAWAL OF DEBRA WEST PROOF OF CLAIM**<br><br>**Current Hearing Date**<br><br>Date:    December 11, 2018<br>Time:    2:00 p.m.<br>Ctrm:    1545<br>Location: 255 E. Temple Street<br>              Los Angeles, CA 90012<br>Judge:    Hon. Neil Bason<br><br>**Continued Hearing Date**<br><br>Date:    January 8, 2019<br>Time:    2:00 p.m.<br>Ctrm:    1545<br>Location: 255 E. Temple Street<br>              Los Angeles, CA 90012<br>Judge:    Hon. Neil Bason |

On November 20, 2018, the *Stipulation By And Between Layne Leslie Britton, Debra West, And Conrad Riggs to Continue Hearing on Motion for Order Pursuant to Bankruptcy Rule 3006 Conditioning Withdrawal of Debra West Proof of Claim* (the "Stipulation) entered into by and between Layne Leslie Britton ("Britton"), Debra West ("West"), and Conrad Riggs ("Riggs"), was filed herein.

The Court, having considered the Stipulation, the related pleadings on file and for good cause appearing, **HEREBY ORDERS**:

1. The Stipulation is approved.
2. The hearing on Britton's *Motion for Order Pursuant to Bankruptcy Rule 3006 Conditioning Withdrawal of Debra West Proof of Claim* (the "Motion") is hereby continued to January 8, 2019 at 2:00 p.m.
3. Any opposition to the Motion must be filed by no later than December 14, 2018.
4. Any reply must be filed by no later than December 21, 2018.

# # #

Date: November 21, 2018

Neil W. Bason
United States Bankruptcy Judge

-2-