QUINN EMANUEL URQUHART & SULLIVAN, LLP
Jeffery D. McFarland (Cal. Bar No. 157628)
jeffmcfarland@quinnemanuel.com
Eric Winston (Cal. Bar No. 202407)
ericwinston@quinnemanuel.com
Jennifer Nassiri (Cal. Bar No. 209976)
jennifernassiri@quinnemanuel.com
Razmig Izakelian (Cal. Bar No. 292137)
razmigizakelian@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Layne Leslie Britton

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CLOUDBREAK ENTERTAINMENT, INC.<br><br>Debtor. | Chapter 11<br><br>Case No. 2:15-bk-28443-NB<br><br>**NOTICE OF FILING OF PLAN SUPPLEMENT AND PLAN SUPPLEMENT TO PLAN OF REORGANIZATION PROPOSED BY LAYNE BRITTON**<br><br>Date:    January 29, 2019<br>Time:    2:00 p.m.<br>Ctrm:    1545<br>Place:   255 E. Temple Street<br>            Los Angeles, CA 90012<br>Judge:  Honorable Neil Bason |

**PLEASE TAKE NOTICE** that Layne Leslie Britton ("Britton"),[1] by and through undersigned counsel, hereby files certain exhibits comprising the Plan Supplement in connection with confirmation of the Plan:

- **Exhibit 1**: Plan Trust Agreement
- **Exhibit 2**: Schedule of Plan Reserves
- **Exhibit 3**: Plan Trust Operating Budget
- **Exhibit 4**: Schedule of Executory Contracts to be Assumed
- **Exhibit 5**: Schedule of Executory Contracts to be Rejected

**PLEASE TAKE FURTHER NOTICE** that the undersigned reserves the right to alter, amend, modify or supplement any document in the Plan Supplement as provided by the Plan; provided that if any document in the Plan Supplement is altered, amended, modified or supplemented in any material respect, Britton will file a blackline of such document with the Bankruptcy Court.

DATED: January 9, 2019

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN LLP

By: */s/ Eric Winston*
Eric Winston
Jennifer Nassiri
Razmig Izakelian

Attorneys for Layne Leslie Britton

---

[1] Capitalized terms used but not defined herein shall have the meanings set forth in *Plan of Reorganization Proposed by Layne Leslie Britton* [ECF 405] (the "Plan").