# EXHIBIT 2

**Exhibit 2**

**Schedule of Plan Reserves**

The following reserve accounts shall be established by the Effective Date of the Plan and funded as follows:

1. Disputed Claims Reserve:  NONE [1]

2. Professional Fee Reserve:  $550,000 [2]

3. Britton Initial Reserve:  $2,500,000

*Additional reserves may be established by the Plan Trustee in his sole discretion.*

---

[1] In connection with the Stipulated Order: (1) Granting in Part and Denying in Part Motion for Order Pursuant to Bankruptcy Rule 3006 Conditioning Withdrawal of Debra West Proof of Claim; and (2) Granting Motion of Debra West for Leave to Withdraw Proof of Claim No. 5-1, with Ms. West's claim withdrawn, Britton believes there are no disputed claims, other than the Britton Claim.  For avoidance of doubt, any person who did not timely file a proof of claim and was not scheduled as holding a liquidated, non-contingent and undisputed claim is barred from holding an allowed claim under the Plan.

[2] Pursuant to the Debtor's status report filed on January 8, 2019 [ECF No. 409], the accrued and unpaid professional fees in the case are $531,000.