# EXHIBIT 3

# Exhibit 3

## Plan Trust Operating Budget
## 2019-2020

**Year 1**
**Income from Survivor**

**$1,800,000**

| Expense Categories | Est. Budget |
|---|---|
| Trustee | $70,000[1] |
| General Administrative | $85,000 |
| State Court Litigation | $500,000[2] |
| Other Claim Investigations/Litigation | $125,000 |
| **Total** | **$780,000[3] [4]** |

**Year 2**
**Income from Survivor**

**$1,800,000**

| Expense Categories | Est. Budget |
|---|---|
| Trustee Fees | $70,000 |
| General Administrative | $85,000 |
| State Court Litigation | $500,000 |
| Other Claim Investigations/Litigation | $125,000 |
| **Total** | **$780,000** |

---

[1] Compensation set forth in Plan Trust Agreement.

[2] State Court Litigation budget is based on the amount requested by Britton and Cloudbreak in their *Motion for Attorney's Fees and Costs* filed in the State Court Litigation on April 11, 2016.

[3] To the extent funds are not fully utilized in Year 1 after funds flow through the waterfall set froth in the Plan Trust Agreement, including funding the Britton Supplemental Reserve, they will roll over to Year 2.

[4] To the extent there are insufficient funds for the Plan Trustee to perform his obligations under the Plan Trust, the Plan Trustee may seek Britton's consent or seek approval from the Bankruptcy Court for additional funds.