# EXHIBIT 4

**Exhibit 4**
**Schedule of Executory Contracts to be Assumed**

*Settlement Agreement and General Release* dated as of March 12, 2012 by and between Conrad Riggs and Cloudbreak Entertainment, Inc. on the one hand, and Mark Burnett, Mark Burnett Productions LLC, DJB, Inc., JMB, Inc., and Jump In, Inc. on the other hand (the "MBP Settlement Agreement").[1]

---

[1] It does not appear that the MBP Settlement Agreement is an "executory" contract. To the extent it is an executory contract, it is assumed under the Plan.