# EXHIBIT 5

# Exhibit 5

## Schedule of Executory Contracts to be Rejected

Month-to-Month oral rental agreement between Cloudbreak Entertainment, Inc. and Bungalow Properties.

*Any executory contract between the Debtor and any third party, not specifically provided for in Exhibit 4 to the Plan Supplement, shall be deemed rejected pursuant to Section X.B.1 of the Plan.*