# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**865 South Figueroa Street, 10th Floor, Los Angeles, California 90017**

A true and correct copy of the foregoing documents entitled: **Notice of Plan Supplement and Plan Supplement to Plan of Reorganization Proposed by Layne Leslie Britton**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 9, 2019,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **January 9, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 9, 2019,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

VIA MESSENGER
Honorable Neil W. Bason
United States Bankruptcy Court
Edward R. Roybal Building & Courthouse
255 E. Temple St., Ste. 1552
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 9, 2019 | Razmig Izakelian | */s/ Razmig Izakelian* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*   **F 9013-3.1.PROOF.SERVICE**

*In re: Cloudbreak Entertainment, Inc.*
Case No. 2:15-bk-28443-NB

### 1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)
- Peter J Crosby pcrosby@bgrfirm.com, lpennywell@bgrfirm.com
- Philip D Dracht pdracht@fabianlaw.com
- Razmig Izakelian razmigizakelian@quinnemanuel.com
- Nina Z Javan nina@wsrlaw.net, brian@wsrlaw.net
- Dare Law dare.law@usdoj.gov
- Jennifer L Nassiri jennifernassiri@quinnemanuel.com
- Shahin Rezvani shahinrezvani@quinnemanuel.com
- Jeremy V Richards jrichards@pszjlaw.com, bdassa@pszjlaw.com, imorris@pszjlaw.com
- Gregory M Saylin gsaylin@fabianvancott.com, vgarrett@fabianvancott.com
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
- Daniel J Weintraub dan@wsrlaw.net, vinnet@ecf.inforuptcy.com, brian@wsrlaw.net
- Eric D Winston ericwinston@quinnemanuel.com

### 2. TO BE SERVED BY UNITED STATES MAIL

Actuaries Unlimited Inc.
16030 Ventura Blvd., #320
Encino, CA 91436

BROWNE GEORGE ROSS, LLP
101 California Street, Suite 1225
San Francisco, CA 94111

Browne George Ross, LLP
2121 Avenue of the Stars, Suite 2400
Los Angeles, CA 90067

Bungalow Properties
11812 San Vicente Blvd., Suite 200
Los Angeles, CA 90049

City of Los Angeles
Office of Finance
PO Box 513996
Los Angeles, CA 90051-3996

City of Los Angeles
200 N. Main St. Rm 920
Tax & Permit Division
Los Angeles, CA 90012

City of Santa Monica
Taxes & License

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                               **F 9013-3.1.PROOF.SERVICE**

PO Box 2200
Santa Monica, CA 90407-2200

Conrad Riggs
11812 San Vicente Blvd., Suite 200
Los Angeles, CA 90049

Cloudbreak Entertainment, Inc.
2958 Exposition Blvd.
Santa Monica, CA 90404

Cloudbreak Entertainment, Inc.
c/o Brentwood Management Group
11812 San Vicente Blvd., Suite 200
Los Angeles, CA 90049

Cloudbreak Entertainment, Inc. Retirement Trust
c/o Cloudbreak Entertainment, Inc.
2958 Exposition Blvd.
Santa Monica, CA 90404

Debra West
Debra West c/o Gregory M. Saylin
215 S. State Street, Suite 1200
Salt Lake City, UT 84111

First Republic Bank
111 Pine Street
San Francisco, CA 94111

Franchise Tax Board
Attention Bankruptcy
PO Box 2952
Sacramento, CA 95812-2952

Gordon, Fishburn & Schlossman, LLP
11812 San Vicente Blvd., Suite 200
Los Angeles, CA 90049

Greines Martin Stein & Richland LLP
5900 Wilshire Blvd., 12th Floor
Los Angeles, CA 90036

Hacker Douglas & Company LLP
1900 Avenue of the Stars, Suite 1850
Los Angeles, CA 90067

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Internal Revenue Service
Insolvency Group 5
300 North Los Angeles St., M/S 5022
Los Angeles, CA 90012

Jeremy V Richards
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067

Kehr Schiff & Crane LLP
12400 Wilshire Blvd., 13th Floor
Los Angeles, CA 90025

Kehr Schiff & Crane LLP
1888 Century Park E, Suite 1150
Los Angeles, CA 90067

Liberty Ranch Holdings, LLC
Debra West c/o Gregory M. Saylin
215 S. State Street, Suite 1200
Salt Lake City, UT 84111

Liberty Ranch Holding
Debra West
3120 East Horse Mountain Circle
Heber City, UT 84032

Los Angeles County Tax Collector
PO Box 54027
Los Angeles, CA 90054-0027

Los Angeles County Treasurer and Tax Collector
P.O. Box. 54110
Los Angeles, CA 90054

Lysaght Law Group LLP
2233 Wilshire Blvd., Suite 400
Santa Monica, CA 90401

Lysaght Law Group LLP
2233 Wilshire Blvd., Suite 700

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

Santa Monica, CA 90401

Mark Burnett, DJB, Inc., JMBP, Inc. Mark Burnett Productions LLC and Jump In Inc.
1661 Lincoln Blvd., 2nd Floor
Santa Monica, CA 90404

Mark Burnett, DJB, Inc., JMBP, Inc. Mark Burnett Productions LLC and Jump In Inc.
One Three Television, LLC
3000 Olympic Blvd.
Santa Monica, CA 90404[1]

Mark Burnett, DJB, Inc., JMBP, Inc. Mark Burnett Productions LLC and Jump In Inc.
c/o Kirkland & Ellis LLP, Attn: Mark Holscher
333 S. Hope Street
Los Angeles, CA 90071[2]

Munger Tolles & Olson LLP
P.O. Box 515065
Los Angeles, CA 90051

Office of the United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017

The Brentwood Management Group
11812 San Vicente Blvd., Suite 200
Los Angeles, CA 90049

The Hecker Law Group, PLC
1925 Century Park East, Suite 2300
Los Angeles, CA 90067

The Point Media
350 South Beverly Drive, Suite 170
Beverly Hills, CA 90212

Verizon California
P.O. Box 9688
Mission Hills, CA 91346

Weintraub & Selth, APC
11766 Wilshire Blvd., Suite 1170
Los Angeles, CA 90025

---

[1] A copy of the *Plan of Reorganization Proposed by Layne Leslie Britton* [ECF 405] (the "Plan") and the *Notice of Motion and Motion to Confirm Plan of Reorganization Proposed by Layne Leslie Britton or in the Alternative to Appoint a Chapter 11 Trustee* [ECF 406] (the "Motion") were also mailed to this address.
[2] A copy of the Plan and the Motion were also mailed to this address.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.