PETER C. ANDERSON
UNITED STATES TRUSTEE
Jill M. Sturtevant, State Bar No. 089395
Assistant United States Trustee
Dare Law, State Bar No. 155714
Trial Attorney
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Blvd., Suite 1850
Los Angeles, California 90017-5418
(213) 894-4925 telephone
(213) 894-2603 facsimile
dare.law@usdoj.gov

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

In re:

**CLOUDBREAK ENTERTAINMENT, INC.**

Debtor

Case No.: 2:15-bk-28443 NB

Chapter 11

UNITED STATES TRUSTEE'S NOTICE OF DEPOSITION OF CONRAD RIGGS

Deposition:
Date: February 11, 2019
Time: 11:30 a.m.
915 Wilshire Blvd, 10th Floor
Los Angeles, CA 90017

**TO CLOUDBREAK AND CONRAD RIGGS**

**PLEASE TAKE NOTICE** that United States Trustee, pursuant to Federal Rule of Bankruptcy Procedure 7030 and Federal Rule of Civil Procedure 30, will take the deposition of CONRAD RIGGS (the "Deponent") in connection with his contested matter entitled Motion for the Appointment of a Chapter 11 Trustee.

The deposition will take place at the Offices of the United States Trustee located at 915 Wilshire Blvd, 10th Floor, Los Angeles, CA 90017 or at such other time as the parties may, in writing, mutually agree, and continuing thereafter from day to day, excluding weekends and holidays, until the deposition is concluded. The deposition will be taken before an officer

1

1  authorized to administer oaths, and will be used as evidence at any and all hearings in this contested
2  matter. The deposition shall be recorded stenographically by a Court Reporter who is not interested
3  in this proceeding.

4

5  Dated: February 11, 2019         PETER C. ANDERSON
                                    UNITED STATES TRUSTEE
6

7
                                    By: /s/ Dare Law
8                                       Dare Law
                                        Attorney for the United States Trustee
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**915 Wilshire Boulevard, Suite 1850, Los Angeles, California 90017-3560**

A true and correct copy of the foregoing document entitled (*specify*) UNITED STATES TRUSTEE'S NOTICE OF DEPOSITION OF CONRAD RIGGS:

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **02/11/2019,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) 02/11/2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 02/11/2019_, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
The Honorable Neil Bason
United States Bankruptcy Judge
United States Bankruptcy Court
255 E. Temple Street, 9th floor Filing Window
Los Angeles, CA 90017

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02/11/2019 | Lawrence Pleasant | *(signature)* |
|---|---|---|
| Date | Print Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                       **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Peter J Crosby    Creditor    pcrosby@bgrfirm.com, lpennywell@bgrfirm.com

Philip D Dracht    Creditor    pdracht@fabianlaw.com

Razmig Izakelian    Creditor    razmigizakelian@quinnemanuel.com

Nina Z Javan    Credtior    nina@wsrlaw.net, brian@wsrlaw.net

Dare Law    Attorney for US Trustee    dare.law@usdoj.gov

Kelly L Morrison    Attorney for US Trustee    kelly.l.morrison@usdoj.gov

Jennifer L Nassiri    Attorney for Mr. Britton    jennifernassiri@quinnemanuel.com

Shahin Rezvani    Creditor    shahinrezvani@quinnemanuel.com

Jeremy V Richards    Attorney for Debtor    jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com

Gregory M Saylin    Creditor    gsaylin@fabianvancott.com, vgarrett@fabianvancott.com

United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

Daniel J Weintraub    Attorney for Conrad Riggs    dan@wsrlaw.net, vinnet@ecf.inforuptcy.com;brian@wsrlaw.net

Eric D Winston    Attorney for Mr. Britton    ericwinston@quinnemanuel.com


*SEE NEF FOR CONFIRMATION OF ELECTRONIC TRANSMISSION TO THE U.S. TRUSTEE AND ANY TRUSTEE IN THIS CASE, AND TO ANY ATTORNEYS WHO RECEIVE SERVICE BY NEF.*

2. **SERVED BY U.S. MAIL**

Debtor:
Cloudbreak Entertainment, Inc.
2958 Exposition Blvd.
Santa Monica, CA 90404

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.