QUINN EMANUEL URQUHART & SULLIVAN, LLP
Jeffery D. McFarland (Cal. Bar No. 157628)
jeffmcfarland@quinnemanuel.com
Eric Winston (Cal. Bar No. 202407)
ericwinston@quinnemanuel.com
Jennifer Nassiri (Cal. Bar No. 209976)
jennifernassiri@quinnemanuel.com
Shahin Rezvani (Cal. Bar No. 199614)
shahinrezvani@quinnemanuel.com
Razmig Izakelian (Cal. Bar. No. 292137)
razmigizakelian@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Layne Leslie Britton

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| In re | Chapter 11 |
|---|---|
| CLOUDBREAK ENTERTAINMENT, INC., | Case No. 2:15-bk-28443-NB |
| Debtor. | **LAYNE LESLIE BRITTON'S JOINDER TO THE  MOTION FOR THE APPOINTMENT OF A CHAPTER 11 TRUSTEE FILED BY THE OFFICE OF THE UNITED STATES TRUSTEE** |
| | **Hearing** |
| | Date:    February 26, 2019<br>Time:    2:00 p.m.<br>Ctrm:    1545<br>Location: 255 E. Temple Street<br>    Los Angeles, CA 90012<br>Judge:    Hon. Neil Bason |

Case No. 2:15-bk-28443-NB

LAYNE LESLIE BRITTON'S JOINDER TO THE  MOTION FOR THE APPOINTMENT OF A
CHAPTER 11 TRUSTEE FILED BY THE OFFICE OF THE UNITED STATES TRUSTEE

Layne Leslie Britton ("Britton") hereby submits this joinder to the *Motion for the Appointment of a Chapter 11 Trustee* filed by the Office of the United Trustee on December 20, 2018 [ECF No. 399] ("Trustee Motion") and in support states as follows:

## JOINDER

For all the reasons set forth in Britton's (a) *Motion to Confirm Plan of Reorganization filed by Layne Leslie Britton or in the Alternative a Motion to Appoint a Chapter 11 Trustee* filed on December 28, 2018 [ECF No. 406], (b) *Opposition to Motion for Order Dismissing the Bankruptcy Case Filed by Cloudbreak Entertainment, Inc.* filed on January 16, 2019 [ECF No. 427], (c) *Omnibus Reply to Cloudbreak Entertainment, Inc.'s and Conrad Riggs' Oppositions to Motion to Confirm Plan of Reorganization Proposed by Layne Leslie Britton or in the Alternative to Appoint a Chapter 11 Trustee* filed on January 22, 2019 [ECF No. 431], and (d) the arguments made by Britton's counsel at the January 29, 2019 hearing in this matter, to the extent the Court is not inclined to confirm the Britton Plan, Britton respectfully joins in the Trustee Motion and requests that this Court appoint a chapter 11 trustee in this case.

DATED: February 11, 2019        QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ Eric Winston*

Eric Winston
Jennifer Nassiri
Razmig Izakelian

*Attorneys for Layne Leslie Britton*

Case No. 2:15-bk-28443-NB
LAYNE LESLIE BRITTON'S JOINDER TO THE MOTION FOR THE APPOINTMENT OF A CHAPTER 11 TRUSTEE FILED BY THE OFFICE OF THE UNITED STATES TRUSTEE

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**865 South Figueroa Street, 10th Floor, Los Angeles, California 90017**

A true and correct copy of the foregoing documents entitled: **Layne Leslie Britton's Joinder to the Motion for the Appointment of a Chapter 11 Trustee Filed by the Office of the United States Trustee**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 11, 2019,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 11, 2019 | Razmig Izakelian | */s/ Razmig Izakelian* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

*In re: Cloudbreak Entertainment, Inc.*
Case No. 2:15-bk-28443-NB

### **1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**
- Peter J Crosby pcrosby@bgrfirm.com, lpennywell@bgrfirm.com
- Philip D Dracht pdracht@fabianlaw.com
- Razmig Izakelian razmigizakelian@quinnemanuel.com
- Nina Z Javan nina@wsrlaw.net, brian@wsrlaw.net
- Dare Law dare.law@usdoj.gov
- Jennifer L Nassiri jennifernassiri@quinnemanuel.com
- Shahin Rezvani shahinrezvani@quinnemanuel.com
- Jeremy V Richards jrichards@pszjlaw.com, bdassa@pszjlaw.com, imorris@pszjlaw.com
- Gregory M Saylin gsaylin@fabianvancott.com, vgarrett@fabianvancott.com
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
- Daniel J Weintraub dan@wsrlaw.net, vinnet@ecf.inforuptcy.com, brian@wsrlaw.net
- Eric D Winston ericwinston@quinnemanuel.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**