| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Jeremy V. Richards (CA Bar No. 102300)<br>Victoria A. Newmark (CA Bar No. 183581)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., Suite 1300<br>Los Angeles, CA  90067<br>Telephone: 310/277/6910<br>Facsimile:   310/201/0760<br>Email: jrichards@pszjlaw.com<br>           vnewmark@pszjlaw.com<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Debtor and Debtor in Possession | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>CLOUDBREAK ENTERTAINMENT, INC.,<br><br>                                                          Debtor(s) | CASE NO.: 15-28443 (NB)<br><br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br><br>**ORDER DIRECTING CLOUDBREAK ENTERTAINMENT, INC.; CONRAD RIGGS; AND LAYNE BRITTON TO MEDIATION** |
|---|---|

PLEASE TAKE NOTE that the order titled **ORDER DIRECTING CLOUDBREAK ENTERTAINMENT, INC.; CONRAD RIGGS; AND LAYNE BRITTON TO MEDIATION**
was lodged on (*date*) **March 14, 2019** and is attached. This order relates to the Status Report and Supplemental Status Report, **Dkt Nos. 409 and 451**

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                              Page 1                                    **F 9021-1.2.BK.NOTICE.LODGMENT**
DOCS_LA:320188.1 06080/002

Jeremy V. Richards (CA Bar No. 102300)
Victoria A. Newmark (CA Bar No. 183581)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., Suite 1300
Los Angeles, CA 90067-4114
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:  jrichards@pszjlaw.com
     vnewmark@pszjlaw.com

Attorneys for Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CLOUDBREAK ENTERTAINMENT, INC.,<br><br>    Debtor. | Case No.: 2:15-bk-28443 (NB)<br><br>Chapter 11<br><br>**ORDER DIRECTING CLOUDBREAK ENTERTAINMENT, INC.; CONRAD RIGGS; AND LAYNE BRITTON TO MEDIATION**<br><br>Date:   February 26, 2019<br>Time:   2:00 p.m.<br>Place:  255 E. Temple Street<br>        Courtroom 1545<br>        Los Angeles, CA 90012<br><br>Judge:  Honorable Neil Bason |

Debtor and Debtor in Possession Cloudbreak Entertainment, Inc. ("Cloudbreak"); Conrad Riggs ("Riggs"); and Layne Britton ("Britton"; individually referred to as a "Party" and collectively referred to as the "Parties") are hereby ordered to participate in a mediation proceeding (the "Mediation") in accordance with the following terms and conditions:

1.   The Parties have agreed that the mediator (the "Mediator") shall be Jeffrey C. Krause of Gibson Dunn & Crutcher LLP.

DOCS_LA:320071.1 06080/001

2. Cloudbreak has agreed to pay for up to eight hours of the Mediator's services, to be billed at the Mediator's regular hourly rate. The Mediator shall bill for all time incurred in connection with the Mediation, including all preparatory time.

3. The Mediation shall take place at the offices of Gibson Dunn & Crutcher located at 333 South Grand Avenue, Los Angeles, California 90071 on April 9, 2019 commencing at 10:00 a.m. In addition to the Mediator, the Mediation shall be attended by bankruptcy counsel for Cloudbreak and Britton and trial counsel in the Underlying Litigation (defined below) for all of the Parties, together with Riggs (as a representative of Cloudbreak and in his personal capacity) and Britton.

4. The Mediation shall encompass all disputes currently asserted between the Parties, including disputes arising in this Case and in the underlying litigation (the "Underlying Litigation") pending between Britton, on the one hand, and Cloudbreak and Riggs, on the other hand, in the Los Angeles County Superior Court.

5. Upon completion of the Mediation, Cloudbreak is directed to file a report with the Court, indicating that the Mediation has been completed and further indicating whether or not any agreement (global or partial) has been reached by the Parties.

6. The next Status Conference in this matter, currently set for April 9, 2019 at 2:00 p.m., is hereby continued to _____, 2019.

# # # # #

2



**Bankruptcy LODGED ORDER UPLOAD FORM**

Thursday, March 14, 2019

[Upload Again]

CONFIRMATION :

You've successfully uploaded the order:
( **7648588.docx** )
A new order has been added

- **Office**:  Los Angeles
- **Case Title**:  Cloudbreak Entertainment, Inc.
- **Case Number**:  15-28443
- **Judge Initial**:  NB
- **Case Type**:  bk ( Bankruptcy )
- **Document Number**:  1
- **On Date**:  03/14/2019 @ 04:28 PM

Please print 🖨 this confirmation for future reference.

Thank You!

United States Bankruptcy Court,  Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street, Los Angeles, CA 90012

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Blvd., Suite 1300, Los Angeles, CA  90067**

A true and correct copy of the foregoing document entitled: ***NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **March 14, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Peter J Crosby     pcrosby@bgrfirm.com, lpennywell@bgrfirm.com
- Philip D Dracht    pdracht@fabianlaw.com
- Razmig Izakelian    razmigizakelian@quinnemanuel.com
- Nina Z Javan    nina@wsrlaw.net, brian@wsrlaw.net
- Dare Law    dare.law@usdoj.gov
- Kelly L Morrison    kelly.l.morrison@usdoj.gov
- Jennifer L Nassiri    jennifernassiri@quinnemanuel.com
- Shahin Rezvani    shahinrezvani@quinnemanuel.com
- Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
- Gregory M Saylin    gsaylin@fabianvancott.com, vgarrett@fabianvancott.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Daniel J Weintraub    dan@wsrlaw.net, vinnet@ecf.inforuptcy.com;brian@wsrlaw.net
- Eric D Winston    ericwinston@quinnemanuel.com

2. **SERVED BY UNITED STATES MAIL**: On **March 14, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Cloudbreak Entertainment, Inc.
c/o Brentwood Management Group
11812 San Vicente Blvd., Ste 200
Los Angeles, CA 90049

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **February 14, 2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

VIA MESSENGER:
Hon. Neil W. Bason
USBC, Edward R. Roybal Building & Courthouse
255 E. Temple St., Suite 1552
Los Angeles, CA  90012

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 14, 2019 | Sophia L. Lee | /s/ Sophia L. Lee |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                               Page 2                            **F 9021-1.2.BK.NOTICE.LODGMENT**
DOCS_LA:320188.1 06080/002