Jeremy V. Richards (CA Bar No. 102300)
Victoria A. Newmark (CA Bar No. 183581)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., Suite 1300
Los Angeles, CA 90067-4114
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:  jrichards@pszjlaw.com
         vnewmark@pszjlaw.com

Attorneys for Debtor and Debtor in Possession

**FILED & ENTERED**

**MAR 15 2019**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** sumlin    **DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CLOUDBREAK ENTERTAINMENT, INC.,<br><br>　　　　　Debtor. | Case No.: 2:15-bk-28443 (NB)<br><br>Chapter 11<br><br>**ORDER DIRECTING CLOUDBREAK ENTERTAINMENT, INC.; CONRAD RIGGS; AND LAYNE BRITTON TO MEDIATION**<br><br>Date:　February 26, 2019<br>Time:　2:00 p.m.<br>Place:　255 E. Temple Street<br>　　　　Courtroom 1545<br>　　　　Los Angeles, CA 90012<br><br>Judge:　Honorable Neil Bason |

Debtor and Debtor in Possession Cloudbreak Entertainment, Inc. ("Cloudbreak"); Conrad Riggs ("Riggs"); and Layne Britton ("Britton"; individually referred to as a "Party" and collectively referred to as the "Parties") are hereby ordered to participate in a mediation proceeding (the "Mediation") in accordance with the following terms and conditions:

1.　The Parties have agreed that the mediator (the "Mediator") shall be Jeffrey C. Krause of Gibson Dunn & Crutcher LLP.

DOCS_LA:320071.1 06080/001

2. Cloudbreak has agreed to pay for up to eight hours of the Mediator's services, to be billed at the Mediator's regular hourly rate. The Mediator shall bill for all time incurred in connection with the Mediation, including all preparatory time.

3. The Mediation shall take place at the offices of Gibson Dunn & Crutcher located at 333 South Grand Avenue, Los Angeles, California 90071 on April 9, 2019 commencing at 10:00 a.m. In addition to the Mediator, the Mediation shall be attended by bankruptcy counsel for Cloudbreak and Britton and trial counsel in the Underlying Litigation (defined below) for all of the Parties, together with Riggs (as a representative of Cloudbreak and in his personal capacity) and Britton.

4. The Mediation shall encompass all disputes currently asserted between the Parties, including disputes arising in this Case and in the underlying litigation (the "Underlying Litigation") pending between Britton, on the one hand, and Cloudbreak and Riggs, on the other hand, in the Los Angeles County Superior Court.

5. Upon completion of the Mediation, Cloudbreak is directed to file a report with the Court, indicating that the Mediation has been completed and further indicating whether or not any agreement (global or partial) has been reached by the Parties.

6. The next Status Conference in this matter, currently set for April 9, 2019 at 2:00 p.m., is hereby continued to <u>May 21</u>, 2019 <u>at 2:00 p.m</u>.

### 

Date: March 15, 2019

Neil W. Bason
United States Bankruptcy Judge

2

DOCS_LA:320071.1 06080/001