UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | | |
|---|---|---|
| Cloudbreak Entertainment Inc | | |
| | Case Number: | 2:15-bk-28443 |
| | Operating Report Number: | 46 |
| Debtor(s). | For the Month Ending: | September 30, 2019 |

## I. CASH RECEIPTS AND DISBURSEMENTS
### A. (GENERAL ACCOUNT*) (CNB xxxxxx6540)

1.  TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 6,318,306.59

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS — 6,285,628.15

3.  BEGINNING BALANCE: — 32,678.44

4.  RECEIPTS DURING CURRENT PERIOD:

| | |
|---|---|
| Accounts Receivable - Post-filing | 101,168.55 |
| Accounts Receivable - Pre-filing | 0.00 |
| General Sales | |
| Other (Specify) | |
| **Other (Specify) | |

TOTAL RECEIPTS THIS PERIOD: — 101,168.55

5.  BALANCE: — 133,846.99

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD

| | |
|---|---|
| Transfers to Other DIP Accounts (from page 2) | 0.00 |
| Disbursements (from page 2) | 30,484.45 |

TOTAL DISBURSEMENTS THIS PERIOD:*** — 30,484.45

7.  ENDING BALANCE: — 103,362.54

8.  General Account Number(s):    xxxxx6540

Depository Name & Location:    City National Bank, 400 N Roxbury Dr, Beverly Hills, CA 90210

*   All receipts must be deposited into the general account.

**  Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
    to whom, terms, and date of Court Order or Report of Sale.

***This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | *Amount Transfered | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 9/1/2019 | 1322 | Bungalow Properties | September 2019 rent | | 2,500.00 | 2,500.00 |
| 9/1/2019 | 1323 | Conrad Riggs | September 2019 distribution | | 16,666.67 | 16,666.67 |
| 9/3/2019 | 1324 | American Express - business acct | Statement dated 8.29.2019 - reimburse exp | | 7,146.12 | 7,146.12 |
| 9/3/2019 | 1325 | ATT Mobility | Statement dated 8.26.2019 | | 195.08 | 195.08 |
| 9/4/2019 | 1326 | Paychex | inv #2019082900 dated 8/2 - 8/29 | | 62.95 | 62.95 |
| 9/6/2019 | 1327 | Frontier | Statement dated 9.2.2019 | | 381.80 | 381.80 |
| 9/6/2019 | 1328 | Petty Cash | August 2019 petty cash | | 500.00 | 500.00 |
| 9/6/2019 | 1329 | Petty Cash | September 2019 petty cash | | 500.00 | 500.00 |
| 9/10/2019 | 1330 | Kehr Schiff Crane LLP | General services | | 410.00 | 410.00 |
| 9/16/2019 | 1331 | LA Times | Statement dated 9.6.2019 | | 121.83 | 121.83 |
| 9/19/2019 | 1332 | Gordon, Fishburn Major | inv #454 dated 8.31.209 - August 2019 | | 2,000.00 | 2,000.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 | 30,484.45 | $30,484.45 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will
be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

GENERAL ACCOUNT (CNB xxxx6540)

## BANK RECONCILIATION

| | | | |
|---|---|---|---|
| Bank statement Date: | 9.30.2019 | Balance on Statement: | $103,362.54 |

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| | $0.00 |
| | |
| | |
| | |
| | |

**TOTAL DEPOSITS IN TRANSIT** | 0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**TOTAL OUTSTANDING CHECKS:** | 0.00

Bank statement Adjustments:

Explanation of Adjustments-

**ADJUSTED BANK BALANCE:** | $103,362.54

Page 3 of 18

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

I. CASH RECEIPTS AND DISBURSEMENTS

B. (PAYROLL ACCOUNT) (N/A)

1.  TOTAL RECEIPTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS  _____

2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR PAYROLL
ACCOUNT REPORTS  _____

3.  BEGINNING BALANCE:  | 0.00 |

4.  RECEIPTS DURING CURRENT PERIOD:
    (Transferred from General Account)  _____

5.  BALANCE:  | 0.00 |

6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
    TOTAL DISBURSEMENTS THIS PERIOD:***  | 0.00 |

7.  ENDING BALANCE:  | 0.00 |

8.  PAYROLL Account Number(s):  _____

    Depository Name & Location:  _____
    _____
    _____

# TOTAL DISBURSEMENTS FROM PAYROLL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | N/A | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Page 5 of 18

**TOTAL DISBURSEMENTS THIS PERIOD:** 0.00

PAYROLL ACCOUNT (N/A)
BANK RECONCILIATION

Bank statement Date: _____    Balance on Statement: _____

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT    | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:    | 0.00 |

Bank statement Adjustments:    _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE:    | $0.00 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

## I. CASH RECEIPTS AND DISBURSEMENTS
### C. (MONEY MARKET ACCOUNT)

| | | |
|---|---|---|
| 1.  TOTAL RECEIPTS PER ALL PRIOR TAX ACCOUNT REPORTS | | 5,090,186.21 |
| 2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR TAX ACCOUNT REPORTS | | 1,050,000.00 |
| 3.  BEGINNING BALANCE: | | 4,040,186.21 |
| 4.  RECEIPTS DURING CURRENT PERIOD: | | 857.85 |
| Accounts Receivable - Post-filing | 0.00 | |
| Interest Income | 857.85 | |
| 5.  BALANCE: | | 4,041,044.06 |
| 6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD | | |
| TOTAL DISBURSEMENTS THIS PERIOD:*** | | 0.00 |
| 7.  ENDING BALANCE: | | 4,041,044.06 |
| 8.  MONEY MARKET Account Number(s): | 127520216 | |
| Depository Name & Location: | City National Bank | |
| | Beverly Hills, CA 90210 | |

## TOTAL DISBURSEMENTS FROM MONEY MARKET ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DISBURSEMENTS THIS PERIOD: | 0.00 |

## BANK RECONCILIATION

TAX ACCOUNT

Bank statement Date: _____   Balance on Statement: _____ $0.00

Plus deposits in transit (a):

| Deposit Date | Deposit Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

TOTAL DEPOSITS IN TRANSIT _____ | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS: | 0.00 |

Bank statement Adjustments: _____
Explanation of Adjustments-

ADJUSTED BANK BALANCE: | $0.00 |

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

MONEY MARKET ACCOUNT
BANK RECONCILIATION
CNB Account # XXXXX0216

| Bank statement Date: | 9.30.2019 | Balance on Statement: | $4,041,044.06 |

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount |
|---|---|---|
| | _____ | _____ |
| | _____ | _____ |
| | _____ | _____ |
| | _____ | _____ |
| | _____ | _____ |

TOTAL DEPOSITS IN TRANSIT                                    | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

TOTAL OUTSTANDING CHECKS:                                    | 0.00 |

Bank statement Adjustments:                                  | _____ |
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                        | $4,041,044.06 |

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

I. D SUMMARY SCHEDULE OF CASH

**ENDING BALANCES FOR THE PERIOD:**

(Provide a copy of monthly account statements for each of the below)

|                      |                              |              |
|----------------------|------------------------------|--------------|
|                      | General Account:             | 103,362.54   |
|                      | Payroll Account:             | 0.00         |
|                      | Tax Account:                 | 0.00         |
| *Other Accounts:     | Money Market Account         | 4,041,044.06 |
|                      |                              |              |
| *Other Monies:       |                              |              |
|                      | **Petty Cash (from below):   | 0.00         |

**TOTAL CASH AVAILABLE:**                                    4,144,406.60

Petty Cash Transactions:

| Date | Purpose | Amount |
|------|---------|--------|
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |
|      |         |        |

**TOTAL PETTY CASH TRANSACTIONS:**                          0.00

\* Specify the Type of holding (e.g. CD, Savings Account, Investment Security), and the depository name, location & account#
\*\* Attach Exhibit Itemizing all petty cash transactions

## II. STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | | Total Due |
|---|---|---|---|---|
| Bungalow Properties LLC | Monthly | $2,500.00 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL DUE: | 0.00 |

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD: NOVEMBER 1, 2017 TO NOVEMBER 30, 2017

Gross Sales Subject to Sales Tax: _____ 0.00

Total Wages Paid: _____ 0.00

| | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding | 0.00 | 0.00 | |
| State Withholding | | | |
| FICA- Employer's Share | | | |
| FICA- Employee's Share | | | |
| Federal Unemployment | | | |
| Sales and Use | | | |
| Real Property | | | |
| Other: | 0.00 | | |
| TOTAL: | 0.00 | 0.00 | |

IV. AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

|  | *Accounts Payable (Itemized) | Accounts Receivable | |
|---|---|---|---|
|  |  | Pre-Petition | Post-Petition |
| 30 days or less | 305,824.58 |  |  |
| 31 - 60 days |  |  |  |
| 61 - 90 days |  |  |  |
| 91 - 120 days |  |  |  |
| Over 120 days |  | 0.00 |  |
| TOTAL: | 305,824.58 | 0.00 | 0.00 |

Itemized:
Professional Fees:

| | |
|---|---|
| Brentwood Management Group | 0.00 |
| Pachulski Stang Ziehl & Jones LLP | 85,000.00 |
| Kehr, Schiff, Crane | 4,557.00 |
| Browne George Ross LLP | 215,292.58 |
| Total Accrued Professional Fees | 304,849.58 |

## V. INSURANCE COVERAGE

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | New York Marine & General | $1,000,000 | 3/13/2019 | 3/13/2019 |
| Worker's Compensation |  |  |  |  |
| Casualty |  |  |  |  |
| Vehicle |  |  |  |  |
| Others: |  |  |  |  |
|  |  |  |  |  |

## VI. UNITED STATES TRUSTEE QUARTERLY FEES
### (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 31-Dec-2015 | 1,653.84 | 325.00 | 11-Jan-2016 | 325.00 | 0.00 |
| 31-Mar-2016 | 20,040.95 | 650.00 | 28-Apr-2016 | 650.00 | 0.00 |
| 30-Jun-2016 | 9,667.77 | 325.00 | 27-Oct-2016 | 325.00 | 0.00 |
| 30-Sep-2016 | 42,816.42 | 650.00 | 4-Oct-2016 | 650.00 | 0.00 |
| 31-Dec-2016 | 734,490.16 | 4,875.00 | 5-Jan-2017 | 4,875.00 | 0.00 |
| 31-Mar-2017 | 31,242.67 | 650.00 | 18-Apr-2017 | 650.00 | 0.00 |
| 30-Jun-2017 | 19,175.52 | 650.00 | 17-Jul-2017 | 650.00 | 0.00 |
| 30-Sep-2017 | 17,955.98 | 650.00 | 16-Oct-2017 | 650.00 | 0.00 |
| 31-Dec-2017 | 701,030.09 | 4,875.00 | 8-Jan-2018 | 4,875.00 | 0.00 |
| 31-Mar-2018 | 45,612.58 | 650.00 | 13-Apr-2018 | 650.00 | 0.00 |
| 30-Jun-2018 | 63,088.63 | 650.00 | 13-Jul-2018 | 650.00 | 0.00 |
| 30-Sep-2018 | 84,986.80 | 975.00 | 9-Oct-2018 | 975.00 | 0.00 |
| 31-Dec-2018 | 23,385.00 | 650.00 | 7-Jan-2019 | 650.00 | 0.00 |
|  |  |  | 22-Mar-2019 | 325.00 |  |
| 31-Mar-2019 | 60,083.28 | 650.00 | 16-Apr-2019 | 650.00 | 0.00 |
| 30-Jun-2019 | 668,468.29 | 4,875.00 | 9-Aug-2019 | 4,875.00 | 0.00 |
| 30-Sep-2019 | 90,982.40 | 975.00 |  |  | 975.00 |
| ** - (note regarding Q2 2016, the $325 payment sent was mis-applied. The $325 |  |  |  |  | 0.00 |
| has been returned to Cloudbreak Entertainment Inc during the first week of October |  |  |  |  | 0.00 |
| Cloudbreak Entertainment Inc has re-issued the Q2 2016 Trustee payment |  |  |  |  | 0.00 |
| on October 27, 2016 |  |  |  |  | 0.00 |
| *** (note regarding Q4 2018, certain expenses were reimbursed to the corporation |  |  |  |  | 0.00 |
| for expenses incurred and paid in late Q4 2017 and 2018. These reimbursements |  |  |  |  | 0.00 |
| were netted against the current quarter actual expenses, resulting in a credit or |  |  |  |  | 0.00 |
| negative balance referenced above) |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  | 23,075.00 |  | 22,100.00 | 975.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court. Post-Petition
Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

## VII  SCHEDULE OF COMPENSATION PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| none | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VIII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

\* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

IX. PROFIT AND LOSS STATEMENT
(ACCRUAL BASIS ONLY)

|  |  | Cumulative Post-Petition |
|---|---|---|
| **Sales/Revenue:** |  |  |
| Gross Sales/Revenue | 101,168.55 | 6,362,510.78 |
| Less: Returns/Discounts | 0.00 | 0.00 |
| Net Sales/Revenue | 101,168.55 | 6,362,510.78 |
|  |  |  |
| **Cost of Goods Sold:** |  |  |
| Beginning Inventory at cost |  |  |
| Purchases |  |  |
| Less: Ending Inventory at cost |  |  |
| Cost of Goods Sold (COGS) | 0.00 | 0.00 |
|  |  |  |
| **Gross Profit** | 101,168.55 | 6,362,510.78 |
|  |  |  |
| Other Operating Income (Itemize) |  |  |
|  |  |  |
| **Operating Expenses:** |  |  |
| Payroll - Insiders |  |  |
| Payroll - Other Employees |  |  |
| Payroll Taxes |  |  |
| Other Taxes (Itemize) | 0.00 | 46,880.74 |
| Depreciation and Amortization |  |  |
| Outside Services | 62.95 | 2,812.15 |
| Rent Expense - Real Property | 2,500.00 | 108,500.00 |
| Lease Expense - Personal Property |  |  |
| Insurance |  | 17,840.28 |
| Real Property Taxes |  |  |
| Telephone and Utilities | 195.08 | 8,453.61 |
| Repairs and Maintenance |  |  |
| Travel and Entertainment (Itemize) | 2,456.04 | 39,755.96 |
| Miscellaneous Operating Expenses (Itemize) | 19,951.71 | 2,501,412.34 |
| Total Operating Expenses | 25,165.78 | 2,725,655.08 |
| Net Gain/(Loss) from Operations | 76,002.77 | 3,636,855.70 |
|  |  |  |
| **Non-Operating Income:** |  |  |
| Interest Income | 857.85 | 12,217.64 |
| Net Gain on Sale of Assets (Itemize) |  |  |
| Other (Itemize) |  |  |
| Total Non-Operating income | 857.85 | 12,217.64 |
|  |  |  |
| **Non-Operating Expenses:** |  |  |
| Interest Expense |  |  |
| Legal and Professional (Itemize) |  |  |
| Other (Itemize) |  |  |
| Total Non-Operating Expenses | 0.00 | 0.00 |
|  |  |  |
| **NET INCOME/(LOSS)** | 76,860.62 | 3,649,073.34 |

(Attach exhibit listing all itemizations required above)

# IX.1 PROFIT AND LOSS STATEMENT
### (ACCRUAL BASIS ONLY)

Cumulative Post-Petition

Operating Expenses:

Other Taxes (Itemize) :

| | | |
|---|---|---|
| California franchise tax | 0.00 | 24,368.58 |
| City of Santa Monica license | | 18,829.42 |
| Personal Property Taxes | | 3,682.74 |
| Total Other Taxes Expenses | 0.00 | 46,880.74 |

Travel and Entertainment (Itemize)

| | | |
|---|---|---|
| Entertainment | 1,831.74 | 23,497.43 |
| Travel | 624.30 | 16,258.53 |
| Total Travel and Entertaiment Expenses | 2,456.04 | 39,755.96 |

Miscellaneous Operating Expenses (Itemize)

| | | |
|---|---|---|
| Bank Fees | | 1,562.47 |
| Payroll Processor Fee | | 811.55 |
| Trustee Fees | 975.00 | 23,075.58 |
| Auto Expense | 91.09 | 1,594.38 |
| Dues and Subscriptions | 136.78 | 7,508.09 |
| Equipment Rental | 381.80 | 381.80 |
| Fines and Penalties | | 50.00 |
| Miscellaneous | 1,000.00 | 1,480.00 |
| Pension Administrator Expense | | 20,200.00 |
| Exhibit Expense | | 3,793.50 |
| Medical | | 325.50 |
| Office Expense | 3,403.43 | 36,208.86 |
| Publicity | | 426.44 |
| Promotion | | 1,361.14 |
| Records & Tapes | 155.51 | 9,412.87 |
| Research | 1,025.10 | 2,154.48 |
| Management Fees | 2,000.00 | 215,114.75 |
| Legal Expense | 10,783.00 | 2,175,950.93 |
| Total Miscallaneous Operating Expenses | 19,951.71 | 2,501,412.34 |

(Attach exhibit listing all itemizations required above)

X. BALANCE SHEET
(ACCRUAL BASIS ONLY)

**ASSETS**

Current Assets:

| | | |
|---|---:|---:|
| Unrestricted Cash | 4,144,406.60 | |
| Restricted Cash | | |
| Accounts Receivable | 0.00 | |
| Inventory | | |
| Notes Receivable | 7,500.00 | |
| Prepaid Expenses | | |
| Other (Itemize) | | |
| Total Current Assets | | 4,151,906.60 |

| | | |
|---|---:|---:|
| Property, Plant, and Equipment | 280,729.96 | |
| Accumulated Depreciation/Depletion | (271,795.05) | |
| Net Property, Plant, and Equipment | | 8,934.91 |

Other Assets (Net of Amortization):

| | | |
|---|---:|---:|
| Due from Insiders | | |
| Other (Itemize) (ART) | 10,580.00 | |
| Total Other Assets | | 10,580.00 |
| TOTAL ASSETS | | 4,171,421.51 |

**LIABILITIES**

Post-petition Liabilities:

| | | |
|---|---:|---:|
| Accounts Payable | 975.00 | |
| Taxes Payable | 0.00 | |
| Notes Payable | | |
| Professional fees | | |
| Brentwood Management Group | 0.00 | |
| Pachulski Stang Ziehl & Jones LLP | 85,000.00 | |
| Kehr Schiff | 4,557.00 | |
| Browne George Ross LLP | 215,292.58 | |
| Secured Debt | | |
| Other (Itemize) | | |
| Total Post-petition Liabilities | | 305,824.58 |

Pre-petition Liabilities:

| | | |
|---|---:|---:|
| Secured Liabilities | | |
| Priority Liabilities | | |
| Unsecured Liabilities  (note A below) | 14,721,016.50 | |
| Other (Itemize) | | |
| Total Pre-petition Liabilities | | 14,721,016.50 |
| TOTAL LIABILITIES | | 15,026,841.08 |

**EQUITY:**

| | | |
|---|---:|---:|
| Pre-petition Owners' Equity | (14,421,159.56) | |
| Post-petition Profit/(Loss) | 3,649,073.34 | |
| Direct Charges to Equity | (83,333.35) | |
| TOTAL EQUITY | | (10,855,419.57) |
| TOTAL LIABILITIES & EQUITY | | 4,171,421.51 |

Note A -the amount includes claims asseted by Layne Britton, Debra West,
Munger Tolles & Olsen and Conrad Riggs wich are, in each case, disputed, contingent
and/or unliquidated.

XI. QUESTIONNAIRE

|  |  | No | Yes |
|---|---|---|---|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court?  If "Yes", explain below: | X | |

|  |  | No | Yes |
|---|---|---|---|
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization?  If "Yes", explain below: | X | |

3.

State what progress was made during the reporting period toward filing a plan of reorganization

The parties have entered into a Court approved stipulation [Dkt # 480] providing for a standstill in the bankruptcy case until the earlier of entry of a Trial Court Judgment (as defined in the stipulation) or November 8, 2019

4. Describe potential future developments which may have a significant impact on the case:

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|  |  | No | Yes |
|---|---|---|---|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report?  If "Yes", please set forth the amounts and sources of the income below. | X | |

I, Conrad Riggs
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

_10/14/19_

Date                              Page 18 of 18                              Principal for debtor-in-possession

CLOUDBREAK ENTERTAINMENT, INC.

CASH FLOW REPORT

FROM SEPTEMBER 1, 2019  THROUGH  SEPTEMBER 30, 2019

PAGE 1

CHECKING ACCT  10 CKG CITY NATIONAL BANK A/C     6540

| -DATE- | REF# | PAYEE/RECEIVED FROM | GROSS | DEDUCTIONS | NET AMOUNT |
|--------|------|---------------------|-------|------------|------------|
| OPENING BALANCE | | | | | $ 32,678.44 |

RECEIPTS
--------

| -DATE- | REF# | PAYEE/RECEIVED FROM | GROSS | DEDUCTIONS | NET AMOUNT |
|--------|------|---------------------|-------|------------|------------|
| 09-01-19 | 1:458 | CBS TELEVISION NETWORK, "SURVIVOR 39" PRODUCER FEE | 41,678.55 | 0.00 | 41,678.55 |
| 09-16-19 | 1:459 | CBS TELEVISION NETWORK, "SURVIVOR" APRIL 1ST,2019 THRU JUNE 30TH 2019 | 59,490.00 | 0.00 | 59,490.00 |
| TOTAL RECEIPTS | | | 101,168.55 | 0.00 | 101,168.55 |

DISBURSEMENTS
-------------

| -DATE- | REF# | PAYEE/RECEIVED FROM | GROSS | DEDUCTIONS | NET AMOUNT |
|--------|------|---------------------|-------|------------|------------|
| 09-01-19 | 1322 | BUNGALOW PROPERTIES, LLC, SEPT-2019 PAYMENT | 2,500.00 | 0.00 | 2,500.00 |
| 09-01-19 | 1323 | CONRAD RIGGS, SEPT-2019 PAYMENT | 16,666.67 | 0.00 | 16,666.67 |
| 09-03-19 | 1324 | AMERICAN EXPRESS, STATEMENT DATE 8/29/19 | 7,146.12 | 0.00 | 7,146.12 |
| 09-03-19 | 1325 | AT&T MOBILITY, STATEMENT DATE 8/26/19 | 195.08 | 0.00 | 195.08 |
| 09-04-19 | 1326 | PAYCHEX, INV.#2019082900 DTD 8/2-8/29 | 62.95 | 0.00 | 62.95 |
| 09-06-19 | 1327 | FRONTIER, STATEMENT DATE 9/2/19 | 381.80 | 0.00 | 381.80 |
| 09-06-19 | 1328 | PETTY CASH, AUG-2019 PAYMENT | 500.00 | 0.00 | 500.00 |
| 09-06-19 | 1329 | PETTY CASH, SEPT-2019 PAYMENT | 500.00 | 0.00 | 500.00 |
| 09-10-19 | 1330 | KEHR SCHIFF & CRANE LLP, RE: GENERAL SERVICES RENDERED FILE #16635-1 | 410.00 | 0.00 | 410.00 |
| 09-16-19 | 1331 | LOS ANGELES TIMES, STATEMENT DATE 9/6/19 | 121.83 | 0.00 | 121.83 |
| 09-19-19 | 1332 | GORDON, FISHBURN | | | |

```
                       CLOUDBREAK ENTERTAINMENT, INC.
                            CASH FLOW REPORT
              FROM SEPTEMBER 1, 2019  THROUGH  SEPTEMBER 30, 2019
                                 PAGE 2
CHECKING ACCT   10 CKG CITY NATIONAL BANK A/C      6540

-DATE-      REF# PAYEE/RECEIVED FROM      GROSS     DEDUCTIONS    NET AMOUNT
--------  ------ -------------------- --------------- -------------- ----------------

DISBURSEMENTS - cont'd
----------------------
                 AND MAJOR,LLP,
                 INV.#454 DTD
                 8/31/19 "SURVIVOR"
                 AUG-2019 SERVICES
                 RENDERED              2,000.00         0.00      2,000.00
                                      -------------- -------------- ----------------

TOTAL DISBURSEMENTS                   30,484.45         0.00     30,484.45
                                      -------------- -------------- ----------------


ENDING BALANCE                                             $ 103,362.54
                                                        ================
```

CLOUDBREAK ENTERTAINMENT, INC.
CASH FLOW REPORT
FROM SEPTEMBER 1, 2019  THROUGH  SEPTEMBER 30, 2019
PAGE 3

CHECKING ACCT   11 MMKT CITY NATIONAL BANK A/C      0216

| -DATE-  | REF# | PAYEE/RECEIVED FROM | GROSS | DEDUCTIONS | NET AMOUNT |
|---------|------|---------------------|-------|------------|------------|
| OPENING BALANCE | | | | | $ 4,040,186.21 |
| | | | | | |
| ADJUSTMENTS | | | | | |
| 09-30-19 | 4909 | TO RECORD SEPT-19 CNB MMKT CKG INTEREST | 857.85 | 0.00 | 857.85 |
| | | | | | |
| TOTAL ADJUSTMENTS | | | 857.85 | 0.00 | 857.85 |
| | | | | | |
| ENDING BALANCE | | | | | $ 4,041,044.06 |

CLOUDBREAK ENTERTAINMENT, INC.
BANK RECONCILIATION
statement of 09-30-19
G/L as of 09-30-19
PAGE 1

CHECKING ACCT#:10 CKG CITY NATIONAL BANK A/C          6540

|                                   |        | Balance      |
|-----------------------------------|--------|--------------|
| Balance per bank statement        |        | 103,362.54   |
| Less: outstanding checks          |        |              |
|                                   | 0.00   | 103,362.54   |
| Add: deposits in transit          |        |              |
|                                   | 0.00   | 103,362.54   |
| Booked adjustments                |        |              |
|                                   | 0.00   | 103,362.54   |
| Adjusted balance per statement    |        | 103,362.54   |
|                                   |        | =============|
| Balance per G/L                   |        | 103,362.54 / |
|                                   |        | =============|

# CITY NATIONAL BANK

**AN RBC COMPANY**

Page 1          (11)

Account #:          6540

This statement: September 30, 2019
Last statement: August 30, 2019

Contact us:
800 773-7100

City National Bank
400 N Roxbury Drive
Beverly Hills CA  90210

001                              0830L
CLOUDBREAK ENTERTAINMENT, INC.
DIP CASE NO. 2:15-BK-28443-NB
C/O GORDON FISHBURN & CO
11812 SAN VICENTE BLVD SUITE 200
LOS ANGELES CA 90049

cnb.com

## Checking Account

| Account Summary | | Account Activity | | |
|---|---|---|---|---|
| Account number | 6540 | Beginning balance (8/30/2019) | | $32,678.44 |
| Minimum balance | $47,404.37 | | | |
| Average balance | $74,341.89 | Credits  Deposits      (2) | + 101,168.55 | |
| Avg. collected balance | $71,078.00 | Electronic cr  (0) | + 0.00 | |
| | | Other credits (0) | + 0.00 | |
| | | Total credits | | +$101,168.55 |
| | | Debits   Checks paid  (11) | - 30,484.45 | |
| | | Electronic db (0) | - 0.00 | |
| | | Other debits  (0) | - 0.00 | |
| | | Total debits | | - $30,484.45 |
| | | Ending balance (9/30/2019) | | $103,362.54 ✓ |

### DEPOSITS

| Date | Description | Reference | Credits |
|---|---|---|---|
| 9-3 | Deposit 458 | 00000458 | 41,678.55 |
| 9-16 | Deposit 459 | 00000459 | 59,490.00 |

### CHECKS PAID

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1322 | 9-4 | 2,500.00 | 1325 | 9-9 | 195.08 | 1328 | 9-17 | 500.00 | 1331 | 9-18 | 121.83 |
| 1323 | 9-3 | 16,666.67 | 1326 | 9-9 | 62.95 | 1329 | 9-17 | 500.00 | 1332 | 9-24 | 2,000.00 |
| 1324 | 9-5 | 7,146.12 | 1327 | 9-11 | 381.80 | 1330 | 9-19 | 410.00 | | | |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 8-30 | 32,678.44 | 9-5 | 48,044.20 | 9-16 | 106,894.37 | 9-19 | 105,362.54 |
| 9-3 | 57,690.32 | 9-9 | 47,786.17 | 9-17 | 105,894.37 | 9-24 | 103,362.54 |
| 9-4 | 55,190.32 | 9-11 | 47,404.37 | 9-18 | 105,772.54 | | |

Thank you for banking with City National Bank

CLOUDBREAK ENTERTAINMENT, INC.
BANK RECONCILIATION
statement of 09-30-19
G/L as of 09-30-19
PAGE 1

CHECKING ACCT#:11 MMKT CITY NATIONAL BANK A/C       0216

|  | | Balance |
|---|---|---|
| | | ---------------- |
| Balance per bank statement | | 4,041,044.06 |
| Less: outstanding checks | | |
| | 0.00 | 4,041,044.06 |
| Add: deposits in transit | | |
| | 0.00 | 4,041,044.06 |
| Booked adjustments | | |
| | 0.00 | 4,041,044.06 |
| Adjusted balance per statement | | 4,041,044.06 |
| | | ================ |
| Balance per G/L | | 4,041,044.06 |
| | | ================ |

# CITY NATIONAL BANK

**AN RBC COMPANY**

Page 1            (0)

Account #: _ _ _ _ _0216

This statement: September 30, 2019
Last statement: August 30, 2019

Contact us:
800 773-7100

City National Bank
400 N Roxbury Drive
Beverly Hills CA  90210

001                                    0830K
CLOUDBREAK ENTERTAINMENT, INC.
DIP CASE NO. 2:15-BK-28443-NB
C/O GORDON FISHBURN & CO
11812 SAN VICENTE BLVD SUITE 200
LOS ANGELES CA 90049

cnb.com

## Money Market Account

| | | | |
|---|---|---|---|
| Account number | 0216 | Beginning balance | $4,040,186.21 |
| Minimum balance | $4,040,186.21 | Total credits | 857.85 |
| Average balance | $4,040,186.21 | Total debits | .00 |
| Avg. collected balance | $4,040,186.00 | Ending balance | $4,041,044.06 |
| | | Interest paid YTD | $ 7,080.70 |

### INTEREST RATES

| Effective dates | Interest Rates | Effective dates | Interest Rates | Effective dates | Interest Rates | Effective dates | Interest Rates |
|---|---|---|---|---|---|---|---|
| 08-30-19 | 0.250% | | | | | | |

### CREDITS

| Date | Description | Reference | Credits |
|---|---|---|---|
| 09-30 | Interest Credit | | 857.85 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08-30 | 4,040,186.21 | 09-30 | 4,041,044.06 | | |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

Thank you for banking with City National Bank

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**150 California Street, 15th Floor, San Francisco, CA 94111.**

A true and correct copy of the foregoing document entitled (*specify*):  **MONTHLY OPERATING REPORT NO. 46**will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 14, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On **October 14, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Office of the United States Trustee
Dare Law, Esq.
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90067

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ____ I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 14, 2019 | Patricia Jeffries | /s/ Patricia Jeffries |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:311096.6 06080/001

In re: Cloudbreak Entertainment
Case No. 2:15-bk-28443-NB

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>

- **Peter J Crosby**    pcrosby@bgrfirm.com, lpennywell@bgrfirm.com
- **Philip D Dracht**    pdracht@fabianlaw.com
- **Razmig Izakelian**    razmigizakelian@quinnemanuel.com
- **Nina Z Javan**    nina@wsrlaw.net, brian@wsrlaw.net;gabby@wsrlaw.net
- **Dare Law**    dare.law@usdoj.gov, ron.maroko@usdoj.gov;Alvin.mar@usdoj.gov
- **Kelly L Morrison**    kelly.l.morrison@usdoj.gov
- **Jennifer L Nassiri**    jennifernassiri@quinnemanuel.com
- **Shahin Rezvani**    shahinrezvani@quinnemanuel.com
- **Jeremy V Richards**    jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
- **Gregory M Saylin**    gmsaylin@hollandhart.com, vsgarrett@hollandhart.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Daniel J Weintraub**    dan@wsrlaw.net, vinnet@ecf.inforuptcy.com;brian@wsrlaw.net
- **Eric D Winston**    ericwinston@quinnemanuel.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:311096.6 06080/001

**F 9013-3.1.PROOF.SERVICE**