Jeremy V. Richards (CA Bar No. 102300)
Victoria A. Newmark (CA Bar No. 183581)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., Suite 1300
Los Angeles, CA 90067-4114
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:  jrichards@pszjlaw.com
         vnewmark@pszjlaw.com

Attorneys for Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CLOUDBREAK ENTERTAINMENT, INC.,<br><br>Debtor. | Case No.: 2:15-bk-28443 (NB)<br><br>Chapter 11<br><br>**STIPULATION BY AND BETWEEN CREDITOR LAYNE LESLIE BRITTON AND DEBTOR CLOUDBREAK ENTERTAINMENT, INC. FOR ORDER DISMISSING BANKRUPTCY CASE**<br><br>Date:   [No Hearing Requested] |

This Stipulation by and between Layne Leslie Britton ("Britton"), on the one hand, and Cloudbreak Entertainment, Inc. ("Cloudbreak" or the "Debtor"), on the other hand, is entered into with reference to the following recitals of fact:

A.    After remand from the California Court of Appeals, the Superior Court of California, County of Los Angeles (the "Superior Court") has entered a judgment (the "Judgment") against Cloudbreak and in favor of Britton in the sum of $489,950 in that certain case entitled *Layne Leslie Britton v. Conrad Riggs, et al.*, Case No. BC 496298 (the "State Court Litigation"). The Superior Court has: denied Britton's motion for a new trial on both his contract and money had and received claims; granted Cloudbreak's motion for a judgment notwithstanding the verdict with respect to

Britton's money had and received claim; declined to award attorneys' fees in favor of any party; and denied Britton's request for pre-judgment interest.

B. Couldbreak intends to file a motion (the "Dismissal Motion"), seeking to dismiss this chapter 11 bankruptcy case (the "Bankruptcy Case"), subject to certain conditions more fully set forth therein.

C. Britton does not object to dismissal of the Bankruptcy Case provided the order of dismissal expressly protects all of his non-bankruptcy rights, claims, remedies and defenses against Cloudbreak, all as more fully set forth below.

**NOW, THEREFORE**, the parties hereto agree and stipulate as follows:

1. Britton does not, and will not oppose a motion to dismiss the Bankruptcy Case, provided the order dismissing the Bankruptcy Case expressly provides that the dismissal is without prejudice to any and all rights, claims, remedies and defenses that Britton has, or may have against Cloudbreak under non-bankruptcy law, including, without limitation, those asserted in the State Court Action. The order dismissing the Bankruptcy Case shall provide that all such rights, claims, remedies and defenses are expressly preserved.

2. The order dismissing the Bankruptcy Case shall likewise expressly provide that the dismissal is without prejudice to any and all rights, claims, remedies and defenses that Cloudbreak has, or may have against Britton under non-bankruptcy law, including, without limitation, those asserted in the State Court Action. The order dismissing the Bankruptcy Case shall provide that all such rights, claims, remedies and defenses are expressly preserved.

///

///

///

Dated: January 6, 2020.          PACHULSKI STANG ZIEHL & JONES LLP

By   /s/ Jeremy V. Richards
     Jeremy V. Richards
     Attorneys for Debtor and Debtor-in-Possession
     Cloudbreak Entertainment, Inc.

Dated: January 6, 2020.          QUINN EMMANUEL URQUHART & SULLIVAN LLP

By   _____
     Eric Winston
     Jennifer Nassiri
     Attorneys for Creditor Layne Leslie Britton

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION BY AND BETWEEN CREDITOR LAYNE LESLIE BRITTON AND DEBTOR CLOUDBREAK ENTERTAINMENT, INC. FOR ORDER DISMISSING BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **January 7, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **January 7, 2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Cloudbreak Entertainment, Inc.
c/o Brentwood Management Group
11812 San Vicente Blvd., Ste. 200
Los Angeles, CA 90049

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **January 7, 2020**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**VIA MESSENGER**
Honorable Neil W. Bason
United States Bankruptcy Court
Edward R. Roybal Building & Courthouse
255 E. Temple St., Ste. 1552
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 7, 2020 | Mary de Leon | /s/ Mary de Leon |
|---|---|---|
| Date | Printed Name | Signature |

In re: Cloudbreak Entertainment
Case No. 2:15-bk-28443-NB

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF**

- **Peter J Crosby**   pcrosby@bgrfirm.com, lpennywell@bgrfirm.com
- **Philip D Dracht**   pdracht@fabianlaw.com
- **Razmig Izakelian**   razmigizakelian@quinnemanuel.com
- **Nina Z Javan**   nina.javan@swmllp.com, gabby@wsrlaw.net
- **Dare Law**   dare.law@usdoj.gov
- **Kelly L Morrison**   kelly.l.morrison@usdoj.gov
- **Jennifer L Nassiri**   jennifernassiri@quinnemanuel.com
- **Shahin Rezvani**   shahinrezvani@quinnemanuel.com
- **Jeremy V Richards**   jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Daniel J Weintraub**   dan@wsrlaw.net, vinnet@ecf.inforuptcy.com;brian@wsrlaw.net;gabby@wsrlaw.net
- **Eric D Winston**   ericwinston@quinnemanuel.com

DOCS_LA:326775.1 06080/002